1  LATHAM & WATKINS LLP
   Robert M. Howard (Bar No. 145870)
2  Kelly E. Richardson (Bar No. 210511)
3  Jeffrey P. Carlin (Bar No. 227539)
   12670 High Bluff Drive
4  San Diego, California  92130
   Telephone:  858.523.5400
5  Facsimile:  858.523.5450
   Email:  robert.howard@lw.com
6  Email:  kelly.richardson@lw.com
7  Email:  jeff.carlin@lw.com

8  Andrea M. Hogan (Bar No. 238209)
   505 Montgomery Street, Suite 2000
9  San Francisco, California  94111
   Telephone:  415.391.0600
10 Facsimile:  415.395.8095
   Email:  andrea.hogan@lw.com
11
12 Attorneys for Defendants Monsanto
   Company, Solutia Inc., and Pharmacia LLC
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:16-cv-03493-FMO-AS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FRCP 12(b)(6)]**<br><br>*[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES, REQUEST FOR JUDICIAL NOTICE AND PROPOSED ORDER]*<br><br>Hearing Date: August 18, 2016<br>Time:            10:00 a.m.<br>Place:           Courtroom 22 – 5th Floor<br>Judge:          Hon. Fernando M. Olguin<br><br>File Date: May 19, 2016<br>Trial Date: N/A |

LATHAM&WATKINS LLP DC\4324255
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 2:16-cv-03493-FMO-AS
Notice of Motion and Motion to Dismiss
Plaintiff's First Amended Complaint

**PLEASE TAKE NOTICE** that on August 18, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in Courtroom 22 of the United States Courthouse, 312 North Spring Street Los Angeles, CA 90012, Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Defendants") will and hereby do move the Court for an order dismissing in its entirety the First Amended Complaint of Plaintiff, City of Long Beach (the "City").  This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 14, 2016.  This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the First Amended Complaint fails as a matter of law to state any basis for relief and/or fails to comply with the proper pleading standards under Rules 8(a), 9(f), and 12(b)(6).

This motion is based on this Notice, the supporting Memorandum of Points and Authorities, the pleadings and records on file in the case, matters of which this Court may take judicial notice (including the accompanying Request for Judicial Notice, and exhibits thereto), the City's First Amended Complaint, other documents specifically referenced in or integral to the First Amended Complaint, and such arguments as may be presented to the Court at or before the hearing on this motion.

Dated:  July 1, 2016                                LATHAM & WATKINS LLP


By /s/ Robert M. Howard
   Robert M. Howard
   Attorneys for Defendants Monsanto
   Company, Solutia Inc., and Pharmacia
   LLC

LATHAM&WATKINS LLP  DC\4324255
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 2:16-cv-03493-FMO-AS
Notice of Motion and Motion to Dismiss
Plaintiff's First Amended Complaint