LATHAM & WATKINS LLP
Robert M. Howard (Bar No. 145870)
robert.howard@lw.com
Kelly E. Richardson (Bar No. 210511)
kelly.richardson@lw.com
Jeffrey P. Carlin (Bar No. 227539)
jeff.carlin@lw.com
12670 High Bluff Drive
San Diego, California  92130
Tel:  858.523.5400 / Fax:  858.523.5450

Andrea M. Hogan (Bar No. 238209)
andrea.hogan@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Tel:  415.391.0600 / Fax:  415.395.8095

CAPES, SOKOL, GOODMAN
AND SARACHAM, PC
Adam E. Miller, MSBA #40945
(Admitted *Pro Hac Vice*)
miller@capessokol.com
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel.: 314.754.4870 / Fax: 314.754.4811

Attorneys for Defendants Monsanto
Company, Solutia Inc., and Pharmacia LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:16-cv-03493-FMO-AS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)(6)]**<br><br>Hon. Fernando M. Olguin<br><br>File Date:  May 19, 2016<br>Trial Date:  June 26, 2018 |

Defendants Monsanto Company, Pharmacia LLC, and Solutia Inc. ("Defendants") submit the attached supplemental authority. The parties completed briefing of Defendants' pending Rule 12(b)(6) Motion to Dismiss the City of Long Beach's Second Amended Complaint ("SAC") on November 23, 2016.

Since completion of briefing in this action, the U.S. District Court for the District of Massachusetts has issued a decision relevant to legal issues before this Court. Defendants direct the Court's attention to *Town of Westport v. Monsanto Co.*, No. 14-cv-12041 (D. Mass. Apr. 7, 2017), in which the court granted summary judgment for Defendants on plaintiff Town of Westport's claims of implied warranty of merchantability for defective design, breach of the implied warranty of merchantability for failure to warn, and negligence. The decision is relevant to the issue of whether the City of Long Beach has adequately alleged a design defect in polychlorinated biphenyls ("PCBs") to support its strict product liability claims. *See id.* at 10-13 (holding that PCBs are not defectively designed where the alleged defects are inherent characteristics of the product itself); SAC, at ¶¶ 175 – 207 (alleging two strict liability design defect claims and one strict liability failure to warn claim). A copy of the opinion is attached as Exhibit A.

Dated: April 17, 2017

LATHAM & WATKINS LLP

By     /s/ Robert M. Howard
Robert M. Howard
Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

LATHAM&WATKINS LLP US-DOCS\85755569
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 2:16-cv-03493-FMO-AS
DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY