| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Robert M. Howard (Bar No. 145870) |
| 2 | *robert.howard@lw.com* |
|   | 12670 High Bluff Drive |
| 3 | San Diego, California  92130 |
|   | Tel:  858.523.5400 / Fax:  858.523.5450 |
| 4 | |
|   | Michael G. Romey (Bar No. 137993) |
| 5 | *michael.romey@lw.com* |
|   | 355 South Grand Avenue, Suite 100 |
| 6 | Los Angeles, CA 90071 |
|   | Tel: 213.485.1234 / Fax: 213.891.8763 |
| 7 | |
|   | CAPES, SOKOL, GOODMAN |
| 8 | AND SARACHAM, PC |
|   | Adam E. Miller, MSBA #40945 |
| 9 | (admitted Pro Hac Vice) |
|   | *miller@capessokol.com* |
| 10 | 7701 Forsyth Boulevard, Twelfth Floor |
|   | St. Louis, Missouri 63105 |
| 11 | Tel.: 314.754.4870 / Fax: 314.754.4811 |
| 12 | MCDERMOTT WILL & EMERY LLP |
|   | Anthony N. Upshaw, FLBA #861091 |
| 13 | (admitted Pro Hac Vice) |
|   | *aupshaw@mwe.com* |
| 14 | Lisa A. Gerson, NYBA #451940 |
|   | (admitted Pro Hac Vice) |
| 15 | *lgerson@mwe.com* |
|   | 333 S.E. 2 Avenue, Suite 4500 |
| 16 | Miami, FL 33131 |
|   | Tel.: 305.358.3500 / Fax: 305.675.8031 |
| 17 | |
|   | Attorneys for Defendants Monsanto |
| 18 | Company, Solutia Inc., and Pharmacia LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | | |
|---|---|---|
| 21 | CITY OF LONG BEACH, a municipal corporation, | CASE NO. 2:16-cv-03493-FMO-AS |
| 22 | | |
| 23 | Plaintiff, | **NOTICE OF DESIGNATION OF MICHAEL G. ROMEY AS LOCAL COUNSEL** |
| 24 | v. | |
| 25 | MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100, | |
| 26 | | Hon. Fernando M. Olguin |
|    | | Courtroom 22 – 5th Floor |
| 27 | | |
|    | | File Date:  May 19, 2016 |
| 28 | Defendants. | Trial Date: June 26, 2018 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON December 22, 2017, attorney Michael G. Romey appeared in the above captioned matter.  Attorney Garrett L. Jansma previously served as designated local counsel for attorneys Adam E. Miller, Anthony N. Upshaw and Lisa A. Gerson, who were granted pro hac vice admission.  *See* Dtk. Nos. 105, 114 and 128.  Attorney Garrett L. Jansma is no longer at Latham & Watkins LLP and will be withdrawing from the case.  Attorney Michael G. Romey hereby consents to be designated as local counsel for Adam E. Miller, Anthony N. Upshaw and Lisa A. Gerson.

Dated:  December 22, 2017

LATHAM & WATKINS LLP

By /s/ Michael G. Romey
Michael G. Romey (Bar No. 137993)
micheal.romey@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel:  213.485.1234/ Fax:  213.891.8763

Robert M. Howard (Bar No. 145870)
robert.howard@lw.com
12670 High Bluff Drive
San Diego, California  92130
Tel: 858.523.5400 / Fax:  858.523.5450

CAPES, SOKOL, GOODMAN AND SARACHAM, PC
Adam E. Miller, MSBA #40945
(admitted *Pro Hac Vice)*
miller@capessokol.com
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel.: 314.754.4870 / Fax: 314.754.4811

1 | MCDERMOTT WILL & EMERY LLP
2 | Anthony N. Upshaw, FLBA #861091
   | (admitted *Pro Hac Vice*)
   | aupshaw@mwe.com
3 | Lisa A. Gerson, NYBA #451940
   | (admitted Pro Hac Vice)
4 | lgerson@*mwe.com*
   | 333 S.E. 2 Avenue, Suite 4500
5 | Miami, FL 33131
   | Tel.: 305.358.3500 / Fax: 305.675.8031
6 |
7 | Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US-DOCS\97457265

2

CASE NO. 2:16-cv-03493-FMO-AS
NOTICE OF DESIGNATION OF MICHAEL G.
ROMEY AS LOCAL COUNSEL