FILED
CLERK, U.S. DISTRICT COURT

3/16/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>              Defendants. | CASE NO. 2:16-cv-03493-FMO-AS<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Honorable Fernando M. Olguin |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") and Plaintiff City of Long Beach ("City") (collectively "Parties") have applied to modify this Court's scheduling orders. Having considered all papers submitted in support of the request, the Court HEREBY MODIFIES the scheduling orders (Dkt. No. 53; Dkt. No. 85; Dkt. No. 120) as follows:

| Deadline | Date |
| --- | --- |
| **Fact Discovery Cutoff** | April 19, 2019 |
| **Expert Discovery Cutoff** | October 11, 2019 |
| Expert Witnesses:<br>          Plaintiff – Initial Experts:<br>          Defendants – Initial Experts:<br>          Plaintiff – Rebuttal Experts: | June 21, 2019<br>August 2, 2019<br>August 30, 2019 |
| Settlement conference before private mediator Timothy V.P. Gallagher completed | September 6, 2019 |
| Any motion for summary judgment and/or other potentially dispositive motion filed | November 22, 2019 |
| Memorandum of contentions of fact and law; witness lists; Pretrial Exhibit Stipulation; and joint motions *in limine* filed | January 20, 2020 |
| Proposed Pretrial Conference Order and Joint Jury Instructions; Disputed Jury Instructions; joint proposed verdict form; joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions *in limine* filed and emailed to chambers | January 27, 2020 |
| Pretrial Conference and hearing on motions *in limine* | February 10, 2020<br>10:00 AM |
| **JURY TRIAL** | February 24, 2020<br>8:15 AM |

**IT IS SO ORDERED.**

Dated:  March 16, 2018

_____/s/_____
The Honorable Fernando M. Olguin
United States District Judge