# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation; COUNTY OF LOS ANGELES, a political subdivision; CITY OF CHULA VISTA, a municipal corporation; CITY OF SAN DIEGO, a municipal corporation; CITY OF SAN JOSE, a municipal corporation; CITY OF OAKLAND, a municipal corporation; CITY OF BERKELEY, a municipal corporation; CITY OF SPOKANE, a municipal corporation; CITY OF TACOMA, a municipal corporation; CITY OF PORTLAND, a municipal corporation; PORT OF PORTLAND, a port district of the State of Oregon; BALTIMORE COUNTY, a political subdivision; MAYOR AND CITY COUNCIL OF BALTIMORE; all individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC., and PHARMACIA LLC, and DOES 1 through 100,<br>                    Defendants. | CASE NO.: 2:16-cv-03493-FMO-AS<br><br>**ORDER GRANTING STIPULATION [209] AND UNOPPOSED REQUEST FOR EXTENSION OF TIME TO SUBMIT RENEWED MOTION FOR CERTIFICATION OF CLASS SETTLEMENT, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF NOTICE PLAN, APPOINTMENT OF CLASS ACTION SETTLEMENT ADMINISTRATOR, AND APPOINTMENT OF CLASS COUNSEL**<br><br>Honorable Fernando M. Olguin<br><br>File Date:   May 19, 2016<br>Trial Date:   May 11, 2021 |

For good cause shown, IT IS HEREBY ORDERED THAT Plaintiffs and Defendants <u>Unopposed</u> request for a brief extension of time, up to and including August 7, 2020, within which to file a renewed Motion for Certification of Settlement Class, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, and Appointment of Class Counsel is hereby GRANTED.

Dated: <u>July 27</u>, 2020

                                                                                      _____/s/_____
                                                                                        The Honorable Fernando M. Olguin
                                                                                         United States District Judge