1  **BARON & BUDD, P.C.**
Scott Summy (*Pro Hac Vice,* TX Bar No. 19507500)
2  SSummy@baronbudd.com
Carla Burke Pickrel (*Pro Hac Vice,* TX Bar No. 24012490)
3  cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
4  Dallas, Texas 75219
Telephone: (214) 521-3605
5
**BARON & BUDD, P.C.**
6  John P. Fiske (SBN 249256)
Fiske@baronbudd.com
7  11440 W. Bernardo Court, Suite 265
San Diego, California 92127
8  Telephone: (858) 251-7424
9  *Proposed Lead Class Counsel*
*Additional counsel listed on signature page*
10

11                    **UNITED STATES DISTRICT COURT**

12       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

13  CITY OF LONG BEACH, a municipal              CASE NO.: 2:16-cv-03493-FMO-AS
corporation; COUNTY OF LOS
14  ANGELES, a political subdivision; CITY       **NOTICE OF MOTION AND MOTION
OF CHULA VISTA, a municipal                  FOR CERTIFICATION OF
15  corporation; CITY OF SAN DIEGO, a           SETTLEMENT CLASS,
municipal corporation; CITY OF SAN           PRELIMINARY APPROVAL OF
16  JOSE, a municipal corporation; CITY OF      CLASS ACTION SETTLEMENT,
OAKLAND, a municipal corporation;            APPROVAL OF NOTICE PLAN,
17  CITY OF BERKELEY, a municipal               APPOINTMENT OF CLASS ACTION
corporation; CITY OF SPOKANE, a              SETTLEMENT ADMINISTRATOR,
18  municipal corporation; CITY OF              AND APPOINTMENT OF CLASS
TACOMA, a municipal corporation;             COUNSEL**
19  CITY OF PORTLAND, a municipal
corporation; PORT OF PORTLAND, a             *[Filed Concurrently with Memorandum of
20  port district of the State of Oregon;        Points and Authorities; Proposed Order]*
BALTIMORE COUNTY, a political
21  subdivision; MAYOR AND CITY
COUNCIL OF BALTIMORE; all                    Time of Hearing: 10:00 a.m.
22  individually and on behalf of all others     Date of Hearing: September 17, 2020
similarly situated,                          Courtroom: 6D
23                                               Honorable Fernando M. Olguin
                       Plaintiffs,
24
v.                                           File Date:      May 19, 2016
25                                               Trial Date:     May 11, 2021
26  MONSANTO COMPANY; SOLUTIA
INC., and PHARMACIA LLC, and DOES
27  1 through 100,
                       Defendants.
28

                                        1

1

PLEASE TAKE NOTICE that on September 17, 2020, at 10:00 a.m., or as soon

2  thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in

3  Courtroom 6D of the United States Courthouse, 350 West First Street Los Angeles, CA

4  90012, Plaintiffs City of Long Beach, County of Los Angeles, City of Chula Vista, City

5  of San Diego, City of San Jose, City of Oakland, City of Berkeley, City of Spokane, City

6  of Tacoma, City of Portland, Port of Portland, Baltimore County, Mayor and City Council

7  of Baltimore; all individually and on behalf of all others similarly situated, will and hereby

8  do move the Court for an order for  Certification of Settlement Class, Preliminary

9  Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class

10  Action Settlement Administrator, and Appointment of Class Counsel. This motion is

11  made following the conference of counsel pursuant to L.R. 7-3, which took place on June

12  16, 2020.

13

This motion is based on this Notice and the supporting Memorandum of Points and

14  Authorities, including attached declarations.

15

16

Respectfully submitted,

Date:  August 7, 2020

17

/s/ John Fiske
**BARON & BUDD, P.C.**

18

11440 W. Bernardo Court, Suite 265
San Diego, California 92127

19

Telephone: (858) 251-7424

20

**BARON & BUDD, P.C.**

21

Scott Summy (admitted *Pro Hac Vice*, Texas Bar

22

No. 19507500)
SSummy@baronbudd.com

23

Carla Burke Pickrel (admitted *Pro Hac Vice*,

24

Texas Bar No. 24012490)
cburkepickrel@baronbudd.com

25

3102 Oak Lawn Ave, #1100

26

Dallas, Texas 75219
Telephone: (214) 521-3605

27

***Attorneys for Plaintiffs and the Class***

28

2