# Exhibit D-2

1

## <u>DECLARATION OF ROB HESSE – PCB CLASS</u>

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

1
2

**TABLE OF CONTENTS**

3    1.   INTRODUCTION ................................................................. 1
4    2.   U.S. EPA SUPERFUND SITE ANALYSIS ...................................... 3
5       2.1   Overview and Process ..................................................... 3
6       2.2   Review of U.S. EPA Superfund Websites ................................ 5
7       2.3   Review of Publicly Available Documents on U.S. EPA Websites ....... 6
8       2.4   Research for First Criteria: Stormwater Discharges ................... 7
9       2.5   Research of Second Criteria: Review of U.S. EPA Noticed Parties (PRP)
10   Database ......................................................................... 8
11      2.6   Summary of Results of Review of 283 List Superfund Sites ........... 11
12      2.7   Additional Quality Control/Quality Assurance Efforts ............... 11
13   3.   U.S. EPA LARGE SEDIMENT SITES ANALYSIS ............................. 12
14      3.1   Overview of Large Sediment Sites .................................... 12
15      3.2   Sediment Sites Evaluation ............................................ 13
16      3.3   Sediment Site to Superfund Site Comparison ......................... 15
17      3.4   Review of U.S. Sediment Sites Using Superfund Site Documents ...... 15
18      3.5   Summary of Results of Review of Sediment/Superfund Sites .......... 16
19   4.   TMDL ALTERNATIVES .................................................... 17

20
21

**LIST OF EXHIBITS**

22   A. Superfund Sites (283 List)
23   B. Sediment/Superfund Combined Inventory

24
25
26
27
28

ii

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

## 1.    INTRODUCTION

I was retained to provide research expertise and technical support to Michael Baker International ("Baker") for a project to estimate damages for potential Class Members with liabilities relating to stormwater discharges of PCBs to PCB-impaired water bodies. The scope of the project was designed by Baker to estimate damages for a defined group of Class Members consisting of cities, counties, towns, villages, townships, boroughs, and independent port districts in the United States. My research activities, limitations of the project, the data sources used, and methodologies for my work on the project are summarized herein.

I am a founder and principal at the environmental consulting firm of Soil Water Air Protection Enterprise ("SWAPE"), located at 2656 29th Street, Suite 201, in Santa Monica, California 90405. I received a Bachelor's degree in Geology from the University of Colorado at Boulder in 1993. I have practiced as an environmental site assessor since the mid-1990s and gained specific knowledge and experience that qualifies me to provide expert opinions on this matter.

In 1994, I began working as a Staff Geologist at the environmental engineering and consulting firm of Erler & Kalinowski, Inc. ("EKI") in Santa Monica, California. At EKI, I conducted a substantial number of environmental site assessments for a wide variety of agricultural, commercial and industrial sites. These assessments included Phase I Environmental Site Assessments, site investigations, and special studies for projects involving litigation support. In addition, I performed many in-field remedial investigations at hazardous waste release sites to determine the nature and extent of contamination from petroleum hydrocarbons, chlorinated solvents, pesticides, polychlorinated biphenyls (PCBs), heavy metals, and other chemical contaminants. In addition to site investigations, I was assigned to a number of projects involving active remediation activities, as well as operation and maintenance of remediation systems. I also participated in several projects involving preparation of storm water pollution prevention plans, and NPDES stormwater compliance sampling and reporting. While at

EKI, I conducted a wide variety of services on projects that developed my knowledge of historical and contemporary industrial operations and handling of chemicals, sources of contamination, and site characterization methodology to identify sources of pollution. I also managed CAD/GIS mapping activities for the Santa Monica office at EKI during these years.

In 2000, I moved to another consulting firm, Komex H2O Science, Inc. ("Komex") in West Los Angeles, California. At Komex, I performed similar services on projects at sites with contamination from petroleum hydrocarbons, chlorinated solvents, and other chemicals. In May 2003, I received my license as a Registered Geologist in California and was promoted to a Senior Staff Geologist. At Komex, I conducted several field investigations at hazardous waste release sites. My primary role at Komex was to manage environmental database and GIS mapping operations for several large projects involving litigation support activities. One such project was to manage annual reporting for the Charnock Well Field MTBE Investigation for the City of Santa Monica. At Komex, I further developed my experience in areas of environmental site assessment and complex environmental mapping and data analysis projects.

In June 2003, I founded the consulting firm SWAPE with several colleagues from Komex. Since that time, I have worked on a large number of projects, most of which have involved litigation concerning releases of chemical contaminants to soil, groundwater, surface water, and atmospheric emissions. I have studied numerous types of historical and active industrial facilities and managed research tasks to assist in the preparation of expert reports for other expert witnesses and for my own assignments. Based on my accumulated experience, my practice at SWAPE is primarily concentrated on environmental site assessment, as well as environmental data analysis and litigation support. I have testified at depositions in three cases, two of which involved releases of petroleum hydrocarbons and/or MTBE to soil and groundwater, and one of which involved collection of surface water samples relating to stormwater releases from a construction site contaminated by PCBs. I have worked on several projects as a consulting expert involving PCBs and have

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

studied a large number of areas around the country that have been contaminated by PCBs. I have also participated in several projects within the Los Angeles area and San Diego relating to stormwater inspections and sampling.

Over many years of practice, I have had the opportunity to develop expertise in areas of environmental data analysis and mapping. I have performed environmental assessments of many areas in most of the states in the country, including local, regional, and state-wide evaluations. In addition, over the last 25 years I have accumulated a large amount of knowledge and expertise concerning the fate and transport of chemicals in the environment, remediation methodologies and technologies, environmental regulatory agency policies and guidance, and practices used by other environmental professionals.

## 2.    U.S. EPA SUPERFUND SITE ANALYSIS

### 2.1    Overview and Process

A Superfund Site is a location/area of land or sediments that have been contaminated by hazardous waste or toxic chemicals and identified by the U.S. EPA as a candidate for cleanup because the site poses a risk to human health and/or the environment. Several hundred Superfund Sites are documented by U.S. EPA to have PCBs as a contaminant of concern ("COC"). For this project, I was assigned the task to evaluate an inventory of Superfund Sites provided to me by Baker. As documented separately by Michael Trapp, Ph.D. of Baker, the inventory of Superfund Sites included for evaluation was based on GIS/geospatial analyses conducted as part of their work on this project and consists of an inventory of 283 Superfund Sites ("283 List"). This inventory of 283 Superfund Sites is based on U.S. EPA data obtained by Baker, updated as recently as June 9, 2020. This section of my report describes the methodology that I used for evaluating these Superfund Sites for this project. My analysis was also conducted using a list of 2,528 Class Members received from Baker, updated as recently as June 19, 2020 and a U.S. EPA database that identifies Noticed Parties for Superfund Sites, updated as recently as May 22, 2020 (described in Section 2.5).

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

My assignment for the project was to determine whether any Superfund Site in the 283 List was impacted by PCBs as a result of contributions from stormwater discharges, including municipal separate storm sewer systems ("MS4s") and/or combined sewer overflows ("CSOs"), associated with Class Members.

My initial process of review was to screen through U.S EPA Superfund records and identify any Superfund Sites in the 283 List that met certain criteria, which would then determine if a Site was "flagged" for additional review.

Superfund Sites in the 283 List inventory were evaluated based on the following criteria:

> *whether a Superfund Site has any potential or confirmed contributions to its PCB contamination from MS4 and/or CSO discharges, and*

> *whether a Class Member is identified by U.S. EPA as a Noticed Party and/or Potentially Responsible Party (collectively "PRP").*

This first phase review of Superfund Sites was performed by myself as well as two of my associates at SWAPE.

The research team screened U.S. EPA information and records for each of the Superfund Sites in the 283 List inventory and identified site-specific information for each Site. A summary of the 283 List Superfund Sites reviewed for this project is presented in Exhibit A.

U.S. EPA Superfund records were reviewed for each of the Superfund Sites listed in the 283 List by the research team. Following discussions regarding the records review and data logging process, the research was conducted on a site by site basis. Superfund records review (see Section 2.3) was performed to understand the site history at each Site, the nature and extent of contamination, confirm PCB contamination, and search for information indicating whether a site's PCB contamination involved contributions from MS4 and/or CSO discharges. The Superfund records generally contain information on principal PRPs; however, a specific U.S. EPA database was utilized for identifying PRPs

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

for each Superfund Site (see Section 2.5). Superfund records were found for the majority of Sites on dedicated U.S. EPA website pages for each Site. However, as noted in Section 2.4 below, U.S. EPA records and/or documents were not found for a small number of the Superfund Sites.

For each of the Superfund Sites in the 283 List, SWAPE included in its research the following information:

- Pollutants/Hazardous Substances on Site
- Status of Superfund Site Remediation (Planned, In Progress, Finished)
- Status Source Link (hyperlink to U.S. EPA website page)
- Municipal/Class Member Responsible Parties
- Reason for Class Member Responsibility (MS4/CSO related)

## 2.2    Review of U.S. EPA Superfund Websites

The Superfund records reviewed included a variety of documents and information from U.S. EPA sources available in the public-record and accessible via the internet. Dedicated U.S. EPA website pages for each of the Superfund Sites was the first resource used for site information.

In general, the approach used by the research team consisted of reviewing the Superfund website first, followed by review of selected Superfund documents (examples listed below). The first step in the evaluation of each site generally consisted of filling in the 283 List with general site information obtained from the site-specific U.S. EPA website pages. The pollutants present at each Site can be determined using a site-specific document (e.g., Record of Decision) and/or a "Contaminant List" table present on a site-specific Superfund Site webpage.  Similar website information was used to determine the general site background or history, nature and extent of contamination, and status of Superfund Sites. As indicated below, the U.S. EPA websites for most of the Superfund Sites contained these sources of information.

2.3     Review of Publicly Available Documents on U.S. EPA Websites

For most of the Superfund Sites in the 283 List, several types of documents that are typically developed during the Superfund process were reviewed and searched for site-specific information. These documents generally consisted of the following types of Superfund reports/records:

- Fact Sheets / Community Updates
- Remedial Investigation (reports, work plans, etc.)
- Feasibility Study (reports, work plans, etc.)
- Record of Decision ("ROD", describes the selected cleanup remedy)
- Explanation of Significant Differences (describes changes, after ROD)
- Five Year Review (documents site status each five-years after cleanup action(s))
- Administrative Records (e.g., Consent Decree)

Site-specific Superfund websites and selected available documents, including but not limited to the above, were reviewed and searched to record information about each Superfund Site, such as site history, nature and extent of contamination, source(s) of site contamination, and remedial actions, as well as the principal PRPs involved in cleanup activities. Documents were keyword-searched using terms such as "storm", "stormwater", "MS4," and/or "CSO," and "PCB" to locate information about potential stormwater discharges and PCB occurrence. Most of the Superfund records indicated above contain information about significant sources of PCB contamination that have been identified or suspected. For several Superfund Sites where stormwater discharges have been identified as a potential contributing source, the Superfund website information and/or documents generally indicated this finding. In several cases, specific storm drains (MS4 or CSO) and owners/operators were identified. In other instances, stormwater discharges were indicated as a potential contributing source, but no specific stormwater owners/operators were identified. For most of the Superfund Sites reviewed, there were no indications of stormwater contributions to Site contamination indicated in the U.S. EPA records and

6

contamination was a direct result of historical industrial/commercial operations and releases onsite.

2.4     Research for First Criteria: Stormwater Discharges

For each Superfund Site, the U.S. EPA records review process was performed to identify *whether a Superfund Site has any potential or confirmed contributions to its PCB contamination from MS4 and/or CSO discharges*. The process used by the research team started with review of the Superfund website information pages and followed by review of Superfund documents. This process was conducted until definitive information on whether a site met criteria was found or not found following records review.

Some Superfund Sites were selected for further review based on the research that indicated potential or confirmed contributions to the site's PCB contamination from MS4 and/or CSO discharges. At this stage, the selection was based on whether the Superfund records indicated potential or confirmed stormwater discharges regardless of whether PRPs were identified. If a Superfund Site was contaminated as a result of historical operations onsite, and no indications of stormwater discharges were identified in the Superfund records, then that Site was determined to be outside of the criteria.

During the first phase of screening the 283 List, Superfund Sites were evaluated concerning potential or confirmed contributions to the site's PCB contamination from MS4 and/or CSO discharges. For Superfund Sites that were determined to NOT have potential or confirmed MS4/CSO contributions, the records in the 283 List were flagged to indicate a finding of "None" in the field [Reason for Class Member Responsibility]. Alternatively, Superfund Sites determined to have potential or confirmed MS4/CSO contributions were flagged regarding "MS4", "CSO", or combined contribution (see Exhibit A).

During the review process, an extensive review of publicly available documents was performed for most of the sites and for all of the sites where documents were

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

available.[1] Some websites did not contain publicly available documents. Additional information used by the research team to screen Superfund Sites was obtained from the information pages of the U.S. EPA websites for each Site, or other indicating documents such as a Record of Decision or state report. Based on the entire research team's analysis and review, I do not believe any Superfund Site, without publicly available documents on its corresponding website, includes any qualifying Class Member stormwater PCB contribution. Thus, of the Superfund Sites without publicly available documents on its corresponding website, it is my professional opinion that none should be added to the ultimate Qualifying Sediment Sites List. I believe our research of the publicly available information is complete and exhaustive to the best of my knowledge and experience.

2.5    Research of Second Criteria: Review of U.S. EPA Noticed Parties (PRP) Database

The research team evaluated each Superfund Site in the 283 List to determine *whether a Class Member is identified by U.S. EPA as a PRP.* In order to determine whether a Class Member was identified by U.S. EPA as a PRP for any of the Superfund Sites in the 283 List, a database extract obtained from U.S. EPA's Superfund Enterprise Management System ("SEMS") was used. The specific dataset is called the *Noticed Parties at Sites in SEMS (FOIA 11).*[2] This dataset (hereinafter referred to as the "PRP Database") contains a listing of all entities that have received notices from U.S. EPA

---

[1] During the screening of the Superfund Records, an attempt was made to determine if any Class Member was identified as a PRP and whether PRP status was potentially related to stormwater discharges. Based on review of the Superfund records, specific owners/operators of stormwater conveyances (i.e., storm drains [MS4/CSO]) were indicated for only a small number of Sites. To ultimately determine PRP status of any Class Member for each Superfund Site, a specific U.S. EPA database that tracks Noticed Parties for Superfund Sites was used (see Section 2.5).

[2] Noticed Parties at Sites in SEMS (FOIA 11). Superfund Data and Reports. United States Environmental Protection Agency. Online at: https://www.epa.gov/superfund/superfund-data-and-reports.

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

concerning potential liability or were involved in any of several types of other administrative actions relating to a Superfund Site. The PRP Database is a Microsoft Excel spreadsheet attachment that is archived within a PDF file.[3]

The PRP Database is updated approximately monthly. The version of the PRP Database used for the final evaluation was updated as recently as May 22, 2020.

I believe the SEMS database is the most comprehensive and complete method for reviewing each site for potential Class Member responsibility. Following is a more detailed description of the PRP Database and the process used by the research team to identify noticed Class Members for Sites.

The PRP Database tracks several different types of notices that PRPs have received from U.S. EPA for each Superfund Site. The PRP Database indicates the type(s) of notices sent to PRPs in a field named [ACTION TYPE SEQ]. The types of notices sent to PRPs include: General Notice Letter, Special Notice Letter, Administrative Order on Consent, Administrative/Voluntary Cost Recovery, Consent Agreement, Consent Decree, and others. U.S. EPA uses two types of letters to communicate with PRPs (General Notice and Special Notice Letters).[4] General Notice Letters inform recipients that they have been identified as PRPs at Superfund Sites and related information.  Special Notice Letters gives PRPs information on why EPA thinks they are liable and EPA's plans for the cleanup of the Site. For purposes of the project, the listing of a Class Member in the PRP Database was used as the qualifying criteria to determine PRP status for a Superfund Site.

The PRP Database was searched for each Superfund Site and for all the Class Members listed in the Class Member List. The PRP Database spreadsheet contains a field

_____

[3] Once the PRP Database (PDF document) is downloaded from EPA's website and opened, an archived attachment (Microsoft Excel spreadsheet) is indicated as part of the file. Once this spreadsheet file is extracted from the PDF it can be saved as a separate file and used for searching Superfund Sites.

[4] Superfund "Notice of Liability" Letters. Online at: https://www.epa.gov/enforcement/superfund-notice-liability-letters. United States Environmental Protection Agency.

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

indicating the name of the Superfund Site ([Site Name]). Within the spreadsheet, the AutoFilter tool was used to select only the specific Superfund Site of interest for evaluation. Once the AutoFilter was used to select a particular Site, the parties that received U.S. EPA notices associated with the Site were isolated in a field named [Party Name]. The contents of the [Party Name] field were then copied into a temporary spreadsheet and duplicates removed. The parties listed in this spreadsheet field were then reviewed (visually) to identify Class Members using the Class Member List for reference. As a matter of practice, the research team entered the names of all parties noticed for Sites that appeared to be Class Members into the 283 List.

Any listing of a Class Member in the PRP Database for a Superfund Site was considered an indication of PRP status. For those Superfund Sites with no Class Member(s) indicated in the PRP Database, the records in the 283 List were flagged to indicate a finding of "None" in the field [Municipal/Class Member Responsible Parties]. For Superfund Sites with a Class Member(s) listed in the PRP Database, a Class Member(s) name (e.g., Port of Portland) was recorded in the 283 List in the [Municipal/Class Member Responsible Parties] field. The results of the evaluation of Superfund Sites in the 283 List are presented in Exhibit A.

Note that entities listed in the [Municipal/Class Member Responsible Parties] field in the 283 List include all of the parties listed for Superfund Sites in the PRP Database that appeared to the research team to resemble a name in the Class Member List. This approach was used to capture all potential Class Members associated with Superfund Sites and was overly inclusive. As a result, there are some duplicate names for Class Members in Exhibit A. A Class Member associated with a certain Site during the first phase review, later determined to be geographically unrelated to stormwater discharges for that particular corresponding Site, was not considered to qualify as a Qualifying Sediment Site Entity.

For fifty-seven (57) Superfund Sites in the 283 List inventory, no Site listing was found in the PRP Database to determine whether Class Members are PRPs associated

10

with those Sites. Twenty-four (24) of these Sites are federal facilities, including primarily military installations. The other thirty-three (33) Sites are locations where manufacturing, hazardous wastes disposal, landfilling, or waste handling/recycling activities occurred. These sites were flagged in the field [Municipal/Class Member Responsible Parties] as "None Reported." Additional review of U.S. EPA records for these Sites was performed to identify potential liability for Class Members, but ultimately none qualified as Qualifying Sediment Sites because they did not meet the criteria.

2.6    Summary of Results of Review of 283 List Superfund Sites

Out of the Superfund Sites reviewed in the 283 List, a total of 21 sites were initially identified as having potential or confirmed contributions to the site's PCB contamination from MS4 and/or CSO discharges. Those 21 Sites[5] underwent an even further and exhaustive review of the publicly available information, but it was determined that only eight (8) ultimately qualified as Qualifying Sediment Sites because only those eight (1) included at least one Class Member listed as a Noticed or Potentially Responsible Party and (2) involve stormwater contribution of PCBs to a corresponding Site.[6]

2.7    Additional Quality Control/Quality Assurance Efforts

For most of the Superfund Sites, the research team conducted additional quality control/quality assurance review of the Superfund Site to verify the findings of the research conducted during the first phases of review. For the Sites with limited information available from U.S. EPA websites, additional research was conducted to acquire records from other sources. Sites with limited information from U.S. EPA websites were ultimately determined, using publicly available information, to not qualify

_____

[5] As discussed further in Section 3 below, 20 of these remaining 21 Superfund Sediment Sites are also listed in the U.S. EPA Large Sediment Sites list, and thus were subjected to even further review under that analysis. One of these 21 remaining Sites was determined to be ineligible due to CSO discharge from a PCB manufacturing facility.

[6] These eight (8) Sites are the same eight (8) Sites that resulted from the Sediment/Superfund combined research, described in Section 3, below.

_____

11

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

because they did not have both a Class member and an implication of stormwater contribution of PCBs. In my professional opinion, the entire team's review and analysis of the 283 List, including the quality control and quality assurance efforts, extensively and comprehensively included all appropriate Sites for this Class, based on publicly available information.

### 3.    U.S. EPA LARGE SEDIMENT SITES ANALYSIS

3.1    Overview of Large Sediment Sites

Contaminated sediments may limit the beneficial uses of water bodies. They also may be a contributing factor to fish-consumption advisories. For Class Members with potential or confirmed PCB contributions to Superfund Sites from MS4 and/or CSO discharges, contaminated sediments likely represent the largest liabilities in terms of complexity and cost of cleanup.  For this reason, I conducted analysis of large sediment sites tracked by U.S. EPA ("Sediment Sites").

U.S. EPA has developed policy and technical guidance specifically for characterizing contamination, managing risk, and implementing remedies at contaminated Sediment Sites. The majority of contaminated Sediment Sites in the U.S. are Superfund Sites. Large Sediment Sites typically involve river segments, bays, and harbors that have become contaminated from industrial and urbanized areas, which can also include MS4 and/or CSO discharges from urban sources such as, but not limited to, cities, counties, and port facilities. Thus, Sediment Sites are likely to represent the largest PCB-contaminated sites where Class Members have potential or confirmed contributions from MS4 and/or CSO discharges.

U.S. EPA established a two-tiered designation for large contaminated Sediment Sites to ensure that Superfund Site managers appropriately consider sediment

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

1  management principles in risk management decisions.[7] Tier 1 Sites include all sites or
2  areas where the proposed or selected sediment action will address more than 10,000 cubic
3  yards or five acres of contaminated sediment.  At these sites, the EPA's regional office
4  demonstrates to EPA headquarters how it considered sediment management principles in
5  its decisions. Tier 1 sites can be large and costly remediation sites; however, they are
6  generally less complex than Tier 2 and a Record of Decision is typically in place. Tier 2
7  Sites (current and former) include a small number of Tier 1 sites that are large, complex
8  or controversial.

9        3.2    Sediment Sites Evaluation

10       A dataset for Tier 1 Sediment Sites was obtained from U.S. EPA.[8] This dataset
11 contains 71 sites and metadata that was developed by the U.S. Army Corps of Engineers
12 and U.S. EPA for tracking of Tier 1 Sediment Sites by Remediation Project Managers,
13 headquarters, and regional staff. This dataset tracks Tier 1 sites that have signed a Record
14 of Decision and also documents the remedy selected, estimated costs, contaminants of
15 concern, and other information. The Tier 1 dataset was last updated for public review in
16 July 2015. As discussed below, this list was used as a starting point for evaluating U.S.
17 EPA Sediment Sites.

18       The first step in the process of evaluating Sites in the Tier 1 dataset was to identify
19 those Sediment Sites with PCBs. The original Tier 1 list contains a field named [COC],
20 which contains the chemicals of concern for each of the Operable Units ([Area Name])
21 for each [Site]. Records containing PCBs (e.g., Aroclor 1254, PCBs) in the [COC] field
22 were highlighted. Sediment Sites information from the original Tier 1 Sediment Sites

---

25 [7] Site Designations and CSTAG Applicability. Contaminated Sediments Technical
26 Advisory Group.  Online at: https://www.epa.gov/superfund/contaminated-sediments-technical-advisory-group. United States Environmental Protection Agency.
27 [8] Large Sediment Sites: Tiers 1 & 2. Tier 1 Sediment Site List (.XLS). United States
28 Environmental Protection Agency. Online at: https://www.epa.gov/superfund/large-sediment-sites-tiers-1-2.

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

dataset was then compiled into a new list, including the Site name, Operable Unit Area, and Contaminants (e.g., PCBs, metals, VOCs, etc). The format of the new list with Tier 1 Sites was then simplified to provide single-row records of Sites, with associated Operable Unit(s), and Contaminants (e.g., PCBs, metals, pesticides, etc.).  Sediment Sites with PCBs were then highlighted on the list for visual identification. Each of the Sediment Sites with PCBs indicated as a COC was then evaluated using the PRP Database to determine if a Class Member(s) was noticed by U.S. EPA and this information recorded in the list as "Yes" or "None". Tier 1 Sediment Sites with a noticed Class Member were then highlighted. A total of thirteen (13) Tier 1 Sediment Sites with PCBs and at least one Class Member indicated in the PRP Database were identified. These thirteen (13) Tier 1 Sites were then reviewed using corresponding Superfund Site documents, as further noted below.[9]

In addition, the U.S. EPA's Contaminated Sediments Technical Advisory Group ("CSTAG") that authored the July 2015 Tier 1 list was contacted, and an up to date Tier 1 list was requested and a site-names only, redacted version of the up to date Tier 1 list was subsequently provided. This updated list of Tier 1 Sites included an additional seven (7) relevant Sites. However, none of the updated Tier 1 Sites provided ultimately qualified for inclusion, after the same full review.

U.S. EPA provides a listing of Tier 2 Sediment Sites on its website.[10] This list of Tier 2 Sediment Sites includes current or former Tier 2 sites as designated by the U.S. EPA's Contaminated Sediments Technical Advisory Group ("CSTAG"). Former Tier 2 sites are those with a Record of Decision in place. Like the process used for Tier 1 Sites above, Tier 2 Sediment Sites were compiled into a simple list for initial evaluation. This list included seven (7) current and ten (10) former Tier 2 Sediment Sites. A preliminary

---

[9] Tier 1 Sites were reviewed alongside Tier 2 Sites, using publicly available Superfund Site documents.

[10] Large Sediment Sites: Tiers 1 & 2. United States Environmental Protection Agency. Online at: https://www.epa.gov/superfund/large-sediment-sites-tiers-1-2.

14

review of Superfund records was then conducted to determine those Tier 2 Sediment Sites (total of 17) that have PCBs as contaminants. In addition, the PRP Database was searched for each of the Tier 2 Sediment Sites to determine if a Class Member(s) has been Noticed by U.S. EPA. A total of eight (8) Tier 2 Sediment Sites with PCBs with at least one Class Member indicated in the PRP Database were identified.

These eight (8) Tier 2 Sites were then added into a new combined list with selected Tier 1 Sediment Sites for detailed Superfund records review.

3.3     Sediment Site to Superfund Site Comparison

Superfund Sites in the 283 List (described in Section 2) with potential or confirmed PCB contributions from MS4 and/or CSO discharges and one or more Class Member(s) identified in the PRP Database were compared to the selected Sediment Sites inventory. Twenty (20) Superfund Sites identified for detailed records review were listed with the Site Name—this was based on potential Class Member and/or stormwater discharge. Superfund Sites were cross-referenced with Sediment Sites, including as "Tier 1", "Tier 2 Current", "Tier 2 Former", or "None". Of the twenty (20) Superfund Sites in the 283 List that were identified for further review, fifteen (15) Sites overlapped with the selected inventory of Sediment Sites. Of the five (5) non-overlapping Sites, three (3) of the five (5) Superfund Sites were added to the inventory of Sediment Sites for detailed review of Superfund records. Two (2) of the five (5) Superfund Sites were excluded from further review because they did not have a Class Member(s) identified in the PRP Database.

3.4     Review of U.S. Sediment Sites Using Superfund Site Documents

A detailed review of Superfund records was conducted for each of the twenty (20) Tier 1 and Tier 2 Sediment Sites/Superfund Sites and of the three (3) additional Superfund Sites from the 283 List, all of which were selected for further research. Research was then conducted using records available from U.S. EPA Superfund websites to determine whether these Sediment/Superfund Sites have any potential or confirmed contributions to its PCB contamination from MS4 and/or CSO discharges and also Class Members. The

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

remaining 23 Sediment/Superfund Sites underwent a further detail-intensive review process of records and publicly available information.

The process that I utilized began with review of the Superfund website pages for each Site. Superfund documents were also downloaded from the U.S. EPA website for each Site for review. The types of documents that were collected and reviewed for each Site varied. The Superfund documents that were keyword-searched and reviewed for these Sites included many of the types of records listed in Section 2.1. Review of records for each Site was continued to the point a determination could be made, as to whether a site's PCB contamination involved contributions from MS4 and/or CSO discharges and whether a Class Member was involved—all of the selected Sediment Sites were evaluated using the PRP Database and Class Member List to identify Class Members. The inventory of Sediment/Superfund Combined Inventory, inclusive of the up to date Tier 1 site from CSTAG, evaluated at this stage is summarized in Exhibit B.[11]

3.5   Summary of Results of Review of Sediment/Superfund Sites

A total of twenty-nine (29) Sediment/Superfund Sites were reviewed in the final process.[12] Based on my review and evaluation of U.S. EPA records and other publicly available information for the selected Sediment Sites, a total of eight (8) Sediment Sites were determined to meet criteria and were identified for inclusion in the settlement model. These Sites are presented in Table 1, below.

---

[11] Two sites (Palos Verdes Shelf and Montrose Chemical Corp.) were combined into one record for review purposes because the sites are related. Also, two sites associated with the Gowanus Canal were combined. These combinations resulted in a total of 29 sites on Exhibit B.

[12] This inventory included the consolidation of two listings for one site (Gowanus Canal), which appeared in from both Tier 1 and 2 Sediment Site datasets. In addition, another Tier 1 site (Montrose Chemical Corp.) was consolidated for review with a Tier 2 site (Palos Verdes Shelf) because the sites are related. See Exhibit B.

16

**Table 1- Sediment Sites with Class Members Included in Settlement Model**

| *Sediment Site* | *Class Member(s)* |
|---|---|
| Diamond Alkali - Lower Passaic River (Newark, NJ) | City of Newark |
| Newtown Creek (New York, NY) | New York City |
| Gowanus Canal (New York, NY) | New York City |
| Lower Duwamish Waterway (Seattle, WA) | City of Seattle, King County, Port of Seattle, City of Tukwila |
| Portland Harbor (Portland, OR) | City of Portland, Port of Portland |
| Commencement Bay, Near Shore/Tide Flats (Tacoma, WA) | City of Tacoma, Port of Tacoma |
| Harbor Island (Lead) (Seattle, WA) | City of Seattle, Port of Seattle |
| Pacific Sound Resources (Seattle, WA) | Port of Seattle |

## 4.    TMDL ALTERNATIVES

In addition to the above, I provided research support to Baker, which was tasked with identifying TMDL Alternatives and TMDL Direct to Implementation regulation (collectively "TMDL Alternatives") for Class Members, which included the identification of the availability of records, such as Consent Decrees, Orders, and Cost Recovery Actions, on state-supported websites.

I conducted research on TMDL Alternatives for the states of Hawaii, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Utah, Vermont, and Washington.

First, I researched a U.S. EPA website[13] to identify whether these states have TMDL Alternatives listed on a waterbody by waterbody basis. This website provided links to website pages for individual states that contain water quality assessment information. For each individual state, "TMDL Alternatives by Cause of Impairment" are

---

[13] Water Quality Assessment and TMDL Information. United States Environmental Protection Agency. Online at: https://ofmpub.epa.gov/waters10/attains_index.home.

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

**Exhibit D-2**
**Page 1229**

1 | provided, if any, in a tabular format within the body of the Water Quality Assessment
2 | Report that is presented on the website page. For each state that I reviewed, I tracked
3 | information on TMDL Alternatives from this EPA website and provided this information
4 | to Baker. A description of the TMDL Alternatives analysis is presented by Michael Trapp,
5 | Ph.D. of Baker under separate cover.

6 |     I also conducted an additional quality assurance review of information on TMDL
7 | Alternatives with the Baker team. For this assignment I reviewed State websites for all 50
8 | states to determine if alternative categories other than Category 4b were used by any of
9 | the states as a TMDL Alterative for PCB-impaired water bodies. Based on my research,
10 | I determined that some States have designated and/or utilize alternatives (e.g., Category
11 | 4e, 5-alt, 5r) other than Category 4b for TMDL Alternatives. I provided this research to
12 | Baker. The final evaluation of TMDL Alternatives for this project was performed by
13 | Baker and is reported under separate cover.

14 |

15 |     Executed this 23rd day of June 2020, at _SANTA MONICA_ California.

16 |

17 |

18 |     Rob Hesse

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

18

# EXHIBIT A

### Exhibit A - PCB Superfund Sites (283 List)

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 1 | ABERDEEN PROVING GROUND (MICHAELSVILLE LANDFILL) | MD | None | None |
| 2 | ABEX CORP. | VA | CITY OF PORTSMOUTH | None |
| 3 | ADIRONDACK STEEL | NY | None | None |
| 4 | AEROJET GENERAL CORP. | CA | None | None |
| 5 | AEROVOX | MA | None | None |
| 6 | ALAMEDA NAVAL AIR STATION | CA | None Reported | None |
| 7 | ALLIED CHEMICAL & IRONTON COKE | OH | None | None |
| 8 | ALLIED PAPER, INC./PORTAGE CREEK/KALAMAZOO RIVER | MI | CITY OF KALAMAZOO | None |
| 9 | ALUMINUM COMPANY OF AMERICA - DAVENPORT | IA | None | None |
| 10 | AMERICAN CHEMICAL SERVICE, INC. | IN | CITY OF KALAMAZOO | None |
| 11 | AMERICAN STEEL DRUM SERVICE INCORPORATION | OH | None Reported | None |
| 12 | AMNICOLA DUMP | TN | CITY OF CHATTANOOGA | None |
| 13 | AMOCO CHEMICALS (JOLIET LANDFILL) | IL | None | None |
| 14 | ANNISTON PCB SITE (MONSANTO CO) | AL | None | None |
| 15 | ANSONIA COPPER & BRASS | CT | None | None |
| 16 | APCO MOSSBERG COMPANY, INC. | MA | None | None |
| 17 | ATLANTIC RESOURCES | NJ | None | None |
| 18 | ATLANTIC WOOD INDUSTRIES, INC. | VA | CITY OF PORTSMOUTH | None |
| 19 | BAKER PROPERTY | IN | None Reported | None |
| 20 | BANGOR ORDNANCE DISPOSAL (USNAVY) | WA | None Reported | None |
| 21 | BELGRADE TRANSFORMER SITE | PA | None | None |
| 22 | BELOIT CORP. | IL | None | None |
| 23 | BELVIDERE MUNICIPAL LANDFILL | IL | CITY OF BELVIDERE | None |
| 24 | BENNETT STONE QUARRY | IN | None | None |
| 25 | BERLIN & FARRO | MI | CITY OF BURTON; CITY OF FLINT | None |
| 26 | BONNEVILLE POWER ADMINISTRATION ROSS COMPLEX (USDOE) | WA | None Reported | None |
| 27 | BOSSERT MFG. | NY | None | None |
| 28 | BOWERS LANDFILL | OH | None | None |
| 29 | BRESLUBE-PENN, INC. | PA | CITY OF COLUMBUS | None |
| 30 | BREWERY PCBS | CA | None Reported | None |
| 31 | BROOK INDUSTRIAL PARK | NJ | None | None |
| 32 | BRUCE PRODUCTS | MI | None | None |
| 33 | BUFFALO WEAVING & BELTING COMPANY | NY | None Reported | None |
| 34 | BUTTERWORTH #2 LANDFILL | MI | CITY OF GRAND RAPIDS | None |
| 35 | CARTER CARBURETOR | MO | None | None |
| 36 | CARTER LEE LUMBER CO. | IN | None | None |
| 37 | CEDAR CREEK | WI | None | None |
| 38 | CENTRAL AVE PCB DRUM | IN | None Reported | None |
| 39 | CHEM-DYNE | OH | HAMILTON LIGHT & POWER CO. (CITY OF HAMILTON) | None |

**Exhibit D-2**
**Page 1232**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 40 | CHEMICAL & MINERALS RECLAMATION | OH | None | None |
| 41 | CHEMICAL CONTROL | NJ | PORT AUTHORITY (NY & NJ) | None |
| 42 | CHEMICAL RECOVERY | OH | None | None |
| 43 | CIBA-GEIGY CORP. | NJ | BOROUGH OF MATAWAN | None |
| 44 | CIW ROMULUS SITE | MI | None | None |
| 45 | CLEVELAND TRENCHER | OH | None | None |
| 46 | COLUMBIA GAS TRANSMISSION CORP. | WV | None | None |
| 47 | COLUMBUS AUTO PARTS | OH | None | None |
| 48 | COLUMBUS OLD MUNICIPAL LANDFILL #1 | IN | CITY OF COLUMBUS | None |
| 49 | COMMENCEMENT BAY, NEAR SHORE/TIDE FLATS | WA | CITY OF TACOMA;  PORT OF TACOMA; CITY OF CENTRALIA; CITY OF SEATTLE CITY LIGHTS DEPT.; DOUGLAS COUNTY PUD; PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF DOUGLAS COUNTY; PUBLIC UTILITY DISTRICT NO. OF LEWIS COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY | MS4 - CITY OF TACOMA;  PORT OF TACOMA; None - CITY OF CENTRALIA; CITY OF SEATTLE CITY LIGHTS DEPT.; DOUGLAS COUNTY PUD; PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF COWLITZ COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF DOUGLAS COUNTY; PUBLIC UTILITY DISTRICT NO. OF LEWIS COUNTY; PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY |
| 50 | COMMENCEMENT BAY, SOUTH TACOMA CHANNEL | WA | CITY OF TACOMA | None |
| 51 | COMMERCIAL OIL SERVICE INCORPORATION | OH | CITY OF TOLEDO; MUNICIPAL UTILITIES, CITY OF BOWLING GREEN; THE CITY OF OREGON, OHIO; COUNTY OF LUCAS; WOOD COUNTY | None |
| 52 | CONCORD NAVAL WEAPONS STATION | CA | None | None |
| 53 | CONSOLIDATED IRON AND METAL | NY | CITY OF BEACON; CITY OF NEWBURGH; CITY OF POUGHKEEPSIE | None |
| 54 | CONTINENTAL STEEL CORP. | IN | None | None |
| 55 | COOPER DRUM CO. | CA | None | None |
| 56 | CORNELL DUBILIER ELECTRONICS INC. | NJ | None | None |
| 57 | COSDEN CHEMICAL COATINGS CORP. | NJ | None | None |
| 58 | CSX PCB DERAILMENT | IL | None Reported | None |
| 59 | CURTIS BAY COAST GUARD YARD | MD | None Reported | None |
| 60 | DEFENSE GENERAL SUPPLY CENTER (DLA) | VA | None | None |
| 61 | DELAWARE SAND & GRAVEL LANDFILL | DE | NEW CASTLE COUNTY | None |
| 62 | DIAMOND ALKALI CO. | NJ | CITY OF NEWARK | MS4/CSO |
| 63 | DIAMOND HEAD OIL REFINERY DIV. | NJ | TOWN OF KEARNY | None |
| 64 | DONNA RESERVOIR AND CANAL SYSTEM | TX | None | None |
| 65 | DOUGLASS ROAD/UNIROYAL, INC., LANDFILL | IN | CITY OF MISHAWAKA | None |
| 66 | DOVER AIR FORCE BASE | DE | None | None |
| 67 | DTE ENERGY SUBSTATION EXPLOSION | MI | None Reported | None |
| 68 | DYMET SITE | MI | None | None |
| 69 | EAST TENTH STREET | PA | BOROUGH OF MARCUS HOOK | None |

**Exhibit D-2**
**Page 1233**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 70 | ELECTROVOICE | MI | None | None |
| 71 | ELKTON FARM FIREHOLE | MD | None | None |
| 72 | ELM STREET GROUND WATER CONTAMINATION | IN | None | None |
| 73 | ENVIROCHEM CORP. | IN | CITY OF MINNEAPOLIS; INDIANAPOLIS POWER & LIGHT; CITY OF INDIANAPOLIS DEPARTMENT OF TRANSPORTATION | None |
| 74 | FACEMATE | MA | None | None |
| 75 | FACET ENTERPRISES, INC. | NY | None | None |
| 76 | FADROWSKI DRUM DISPOSAL | WI | None | None |
| 77 | FAIRCHILD AIR FORCE BASE (4 WASTE AREAS) | WA | None | None |
| 78 | FIELDS BROOK | OH | None | None |
| 79 | FIKE CHEMICAL, INC. | WV | CITY OF NITRO | None |
| 80 | FINDETT CORP. | MO | None | None |
| 81 | FLUORESCENT RECYCLING | OH | None Reported | None |
| 82 | FOLKERTSMA REFUSE | MI | None | None |
| 83 | FORD RD IND LDFL | OH | THE CITY OF ELYRIA; LORAIN COUNTY | None |
| 84 | FOREST GLEN MOBILE HOME SUBDIVISION | NY | None | None |
| 85 | FORMER NANSEMOND ORDNANCE DEPOT | VA | None | None |
| 86 | FORMER WISCONSIN DIE CAST FACILITY | WI | None Reported | None |
| 87 | FORT EUSTIS (US ARMY) | VA | None Reported | None |
| 88 | FORT WAYNE REDUCTION DUMP | IN | None | None |
| 89 | FOX RIVER NRDA/PCB RELEASES | WI | CITY OF GREEN BAY, WI; GREEN BAY METROPOLITAN SEWERAGE DISTRICT; CITY OF DE PERE; CITY OF APPLETON; BROWN COUNTY | None |
| 90 | FRANK FOUNDRIES CORPORATION | IN | None | None |
| 91 | FRONT STREET TANKER | PA | CITY OF CHESTER | None |
| 92 | G&H LANDFILL | MI | CITY OF WARREN | None |
| 93 | GALEN MYERS DUMP/DRUM SALVAGE | IN | None Reported | None |
| 94 | GE - HOUSATONIC RIVER | MA | None | None |
| 95 | GE MOREAU | NY | None | None |
| 96 | GENERAL ELECTRIC CO. (SPOKANE APPARATUS SERVICE SHOP) | WA | None Reported | None |
| 97 | GENEVA INDUSTRIES/FUHRMANN ENERGY | TX | None | None |
| 98 | GORST CREEK-BREMERTON AUTO WRECKING LANDFILL | WA | None | None |
| 99 | GOVERNOR BACON HEALTH CENTER | DE | None | None |
| 100 | GOWANUS CANAL | NY | NEW YORK CITY | MS4/CSO |
| 101 | GREINER'S LAGOONS | OH | None | None |
| 102 | GROUP EIGHT TECHNOLOGY | MI | None | None |
| 103 | GULFCO MARINE MAINTENANCE | TX | None | None |
| 104 | H. BROWN CO., INC. | MI | CITY OF EAST GRAND RAPIDS; CITY OF WYOMING | None |
| 105 | HAGEN FARM | WI | None | None |

**Exhibit D-2**
**Page 1234**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 106 | HANFORD 100-AREA (USDOE) | WA | None | None |
| 107 | HANFORD 1100-AREA (USDOE) | WA | None Reported | None |
| 108 | HANFORD 200-AREA (USDOE) | WA | None Reported | None |
| 109 | HANFORD 300-AREA (USDOE) | WA | None Reported | None |
| 110 | HANLIN-ALLIED-OLIN | WV | None | None |
| 111 | HARBOR ISLAND (LEAD) | WA | CITY OF SEATTLE; PORT OF SEATTLE | MS4/CSO |
| 112 | HARRIS-THOMAS INDUSTRIES SITE | OH | None | None |
| 113 | HAVERHILL MUNICIPAL LANDFILL | MA | CITY OF HAVERHILL | None |
| 114 | HAZSORB SITE | NY | None Reported | None |
| 115 | HIMCO DUMP | IN | None | None |
| 116 | HOLLAND BURIED DRUM | MI | None Reported | None |
| 117 | HOOKER (102ND STREET) | NY | None | None |
| 118 | HOOKER (HYDE PARK) | NY | None Reported | None |
| 119 | HOOSIER WOOD PRESERVERS | IN | None Reported | None |
| 120 | HORSESHOE ROAD | NJ | CITY OF PHILADELPHIA | None |
| 121 | HUNTERS POINT NAVAL SHIPYARD | CA | None | None |
| 122 | I.J. COVINGTON ROAD | IN | None | None |
| 123 | INGRAM RICHARDSON COMPANY | IN | None | None |
| 124 | INTEGRITY DRIVE SOUTH DRUM DUMP | OH | None Reported | None |
| 125 | INTERSTATE POLLUTION CONTROL, INC. | IL | None | None |
| 126 | INTERVALE STREET | MA | None Reported | None |
| 127 | JET PROPULSION LABORATORY (NASA) | CA | None | None |
| 128 | JIBBOOM JUNKYARD | CA | None | None |
| 129 | JOHNS' SLUDGE POND | KS | CITY OF WICHITA | None |
| 130 | JOLIET ARMY AMMUNITION PLANT (LOAD-ASSEMBLY-PACKING AREA) | IL | None Reported | None |
| 131 | KANE & LOMBARD STREET DRUMS | MD | CITY OF BALTIMORE | None |
| 132 | KENNETH AVENUE | NJ | BOROUGH OF SOUTH PLAINFIELD | None |
| 133 | KENNETT SQUARE JUNKYARD | PA | None | None |
| 134 | KENTUCKY AVENUE WELL FIELD | NY | ELMIRA, CITY OF; CHEMUNG COUNTY; VILLAGE OF HORSEHEADS | None |
| 135 | KILEY BARREL ALLEN STREET | MA | None Reported | None |
| 136 | KING PHILIP MILLS | MA | None Reported | None |
| 137 | KOPPERS CO., INC. (NEWPORT PLANT) | DE | None | None |
| 138 | L&L GAS AND SERVICE STATION (FORMER) | RI | None Reported | None |
| 139 | LACKAWANNA REFUSE | PA | None | None |
| 140 | LAKE CALUMET CLUSTER | IL | None | None |
| 141 | LAMMERS BARREL FACTORY | OH | None | None |
| 142 | LANGLEY AIR FORCE BASE/NASA LANGLEY RESEARCH CENTER | VA | None Reported | None |
| 143 | LAUER I SANITARY LANDFILL | WI | None Reported | None |
| 144 | LAWRENCE METALS (FORMER) | MA | None | None |

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 145 | LCP CHEMICALS INC. | NJ | None | None |
| 146 | LEHIGH ELECTRIC & ENGINEERING CO. | PA | None | None |
| 147 | LEMON LANE LANDFILL | IN | None | None |
| 148 | LENZ OIL SERVICE, INC. | IL | VILLAGE OF CARPENTERSVILLE, IL; CITY OF AURORA; CITY OF CRYSTAL LAKE; CITY OF GENEVA; CITY OF HAMMOND, IN; VILLAGE OF BUFFALO GROVE; VILLAGE OF PALATINE; VILLAGE OF ROUND LAKE BEACH; VILLAGE OF SLEEPY HOLLOW | None |
| 149 | LI TUNGSTEN CORP. | NY | CITY OF GLEN COVE; COUNTY OF NASSAU NEW YORK | None |
| 150 | LIBERTY INDUSTRIAL FINISHING | NY | None | None |
| 151 | LIN ELECTRIC COMPANY | WV | None | None |
| 152 | LIQUID DISPOSAL, INC. | MI | CITY OF BIRMINGHAM; CITY OF BURTON; MADISON HGTS, CITY OF | None |
| 153 | LOCKHEED WEST SEATTLE | WA | None | None |
| 154 | LORENTZ BARREL & DRUM CO. | CA | SANTA CLARA COUNTY | None |
| 155 | LOWER DUWAMISH WATERWAY | WA | CITY OF SEATTLE; KING COUNTY; PORT OF SEATTLE; CITY OF TUKWILA | MS4/CSO |
| 156 | MALONE SERVICE CO - SWAN LAKE PLANT | TX | CITY OF TEXAS CITY; COUNTY OF GALVESTON; CITY OF WEBSTER; CITY OF HOUSTON; CITY OF GALVESTON | None |
| 157 | MALVERN TCE | PA | None | None |
| 158 | MARTIN ELECTRIC | OR | None | None |
| 159 | MASSDOT ROUTE 1 RIGHT OF WAY | MA | None | None |
| 160 | MCCLELLAN AIR FORCE BASE (GROUND WATER CONTAMINATION) | CA | None | None |
| 161 | MEMPHIS DEFENSE DEPOT (DLA) | TN | None Reported | None |
| 162 | MERCURY REFINING, INC. | NY | CITY OF SAN DIEGO, CA; COUNTY OF BALTIMORE; CITY OF DETROIT; CITY OF ELYRIA, OH; CITY OF MINNEAPOLIS | None |
| 163 | MERIT PRODUCTS SITE | PA | None | None |
| 164 | METAL BANK | PA | None | None |
| 165 | METAL BANK OF AMERICA | PA | None | None |
| 166 | METRO CONTAINER CORPORATION | PA | None | None |
| 167 | MICHIGAN DISPOSAL SERVICE (CORK STREET LANDFILL) | MI | CITY OF KALAMAZOO | None |
| 168 | MIG/DEWANE LANDFILL | IL | VILLAGE OF ROCKTON ILLINOIS; CITY OF SOUTH BELOIT ILLINOIS; VILLAGE OF ROSCOE ILLINOIS; CITY OF BELOIT, WI; CITY OF ROCKFORD, IL | None |
| 169 | MILL CREEK DUMP | PA | None | None |
| 170 | MILWAUKEE DIE CASTIING CO., INC. | WI | None | None |
| 171 | MISSISSIPPI RIVER POOL #15 | IA | None | None |

**Exhibit D-2**
**Page 1236**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 172 | MISSOURI ELECTRIC WORKS | MO | CITY OF BOWLING GREEN, KY; CITY OF CAMPBELL, OH; CITY OF CAPE GIRARDEAU, MO; CITY OF DECATUR, IL; CITY OF DUBUQUE, IA; CITY OF FARMINGTON, MI; CITY OF HOUSTON, TX; CITY OF JACKSON, MO; CITY OF MALDEN, MA; CITY OF MOUNT CARMEL, IL; CITY OF MOUNT VERNON, NY; CITY OF PADUCAH, KY; CITY OF SALEM, OH; CITY OF SEYMOUR, IN; CITY OF RICHMOND, IN (FOR RICHMOND POWER & LIGHT); | None |
| 173 | MOLINE FOUNDARY BELVIDERE | IL | None | None |
| 174 | MOLINE FOUNDRY ST. CHARLES | IL | None | None |
| 175 | MONTROSE CHEMICAL CORP. | CA | CITY OF LOS ANGELES | None |
| 176 | MOSES LAKE WELLFIELD CONTAMINATION | WA | CITY OF MOSES LAKE | None |
| 177 | MOTCO, INC. | TX | CITY OF TEXAS CITY; COUNTY OF GALVESTON | None |
| 178 | MOUND PLANT (USDOE) | OH | None Reported | None |
| 179 | MUSKEGO SANITARY LANDFILL | WI | CITY OF MUSKEGO | None |
| 180 | NATIONAL PRESTO INDUSTRIES, INC. | WI | None | None |
| 181 | NAVAL AIR ENGINEERING CENTER | NJ | None Reported | None |
| 182 | NAVAL AMPHIBIOUS BASE LITTLE CREEK | VA | None Reported | None |
| 183 | NAVY SHIPS PARTS CONTROL CENTER | PA | None | None |
| 184 | NEAL'S LANDFILL (BLOOMINGTON) | IN | None | None |
| 185 | NEW BEDFORD | MA | CITY OF NEW BEDFORD | None |
| 186 | NEW BRIGHTON/ARDEN HILLS/TCAAP (USARMY) | MN | None | None |
| 187 | NEW LONDON SUBMARINE BASE | CT | None | None |
| 188 | NORFOLK NAVAL BASE (SEWELLS POINT NAVAL COMPLEX) | VA | None Reported | None |
| 189 | NORFOLK NAVAL SHIPYARD | VA | None Reported | None |
| 190 | NORTH CAROLINA STATE UNIVERSITY (LOT 86, FARM UNIT #1) | NC | None | None |
| 191 | NORTH SANITARY LANDFILL | OH | None | None |
| 192 | OAK RIDGE RESERVATION (USDOE) | TN | None | None |
| 193 | OBERLIN LEAKING UST | OH | None | None |
| 194 | O'HARE AIR RESERVE FACILITIES | IL | None Reported | None |
| 195 | OLD INLAND PIT | WA | None Reported | None |
| 196 | ONONDAGA LAKE | NY | ONONDAGA COUNTY; CITY OF SYRACUSE-DPW | None |
| 197 | ORGANIC CHEMICALS, INC. | MI | None | None |
| 198 | OUTBOARD MARINE CORP. | IL | CITY OF WAUKEGAN | None |
| 199 | PACIFIC CAR & FOUNDRY CO. | WA | None Reported | None |
| 200 | PACIFIC SOUND RESOURCES | WA | PORT OF SEATTLE | MS4 |
| 201 | PACIFIC STATES STEEL | CA | None | None |
| 202 | PADUCAH GASEOUS DIFFUSION PLANT (USDOE) | KY | None Reported | None |
| 203 | PANELYTE | MI | None | None |
| 204 | PAR INDUSTRIES, INC. | WV | None | None |

**Exhibit D-2**
**Page 1237**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 205 | PARKER STREET WASTE | MA | CITY OF NEW BEDFORD | None |
| 206 | PJP LANDFILL | NJ | None | None |
| 207 | PORTLAND HARBOR | OR | CITY OF PORTLAND; PORT OF PORTLAND | MS4/CSO |
| 208 | POWELL ROAD LANDFILL | OH | None | None |
| 209 | PRESTOLITE BATTERY DIVISION | IN | None | None |
| 210 | PRINCETON RECYCLES | NJ | None Reported | None |
| 211 | PUBLICKER INDUSTRIES INC. | PA | None | None |
| 212 | PUGET SOUND NAVAL SHIPYARD COMPLEX | WA | None Reported | None |
| 213 | QUANTA RESOURCES | NJ | None | None |
| 214 | RASMUSSEN'S DUMP | MI | None | None |
| 215 | RECLAMATION OIL COMPANY | MI | None | None |
| 216 | REPUBLIC HOSE MFG | OH | None Reported | None |
| 217 | REYNOLDS METALS COMPANY | OR | None | None |
| 218 | ROEBLING STEEL CO. | NJ | TOWNSHIP OF FLORENCE REDEVELOPEMENT AGENCY | None |
| 219 | ROGERS CARTAGE | IL | None | None |
| 220 | ROLFITE - CANAL STREET | CT | None | None |
| 221 | RSR CORPORATION | TX | CITY OF DALLAS; COUNTY OF DALLAS | None |
| 222 | RUEPING LEATHER COMPANY | WI | None Reported | None |
| 223 | SACRAMENTO ARMY DEPOT | CA | None Reported | None |
| 224 | SAND, GRAVEL AND STONE | MD | None | None |
| 225 | SANGAMO ELECTRIC DUMP/CRAB ORCHARD NATIONAL WILDLIFE REFUGE (USDOI) | IL | None | None |
| 226 | SAUGET AREA 1 | IL | VILLAGE OF SAUGET | None |
| 227 | SAUGET AREA 2 | IL | CITY OF EAST ST. LOUIS; VILLAGE OF CAHOKIA; VILLAGE OF SAUGET | None |
| 228 | SAYREVILLE LANDFILL | NJ | BOROUGH OF SAYREVILLE | None |
| 229 | SCIENTIFIC CHEMICAL PROCESSING | NJ | None | None |
| 230 | SCOVILL INDUSTRIAL LANDFILL | CT | None | None |
| 231 | SEYMOUR RECYCLING CORP. | IN | CITY OF INDIANAPOLIS; SEYMOUR FIRE DEPT. | None |
| 232 | SHEBOYGAN HARBOR & RIVER | WI | None | None |
| 233 | SHIAWASSEE RIVER | MI | CITY OF HOWELL | None |
| 234 | SILRESIM CHEMICAL CORP. | MA | None | None |
| 235 | SOL LYNN/INDUSTRIAL TRANSFORMERS | TX | None | None |
| 236 | SOUTH 8TH STREET LANDFILL | AR | CITY OF MEMPHIS; SHELBY COUNTY | None |
| 237 | SPEARFLEX CORPORATION | MI | None Reported | None |
| 238 | SPECTRON, INC. | MD | BALTIMORE CITY | None |
| 239 | SPOKANE JUNKYARD/ASSOCIATED PROPERTIES | WA | CITY OF SPOKANE | None |
| 240 | ST. CLAIR SHORES PCB DRAIN #2 | MI | None Reported | None |
| 241 | ST. JULIENS CREEK ANNEX (U.S. NAVY) | VA | None Reported | None |
| 242 | STANDARD CHLORINE | NJ | None | None |
| 243 | STANDARD CHLORINE OF DELAWARE, INC. | DE | None | None |
| 244 | SULLIVAN'S LEDGE | MA | CITY OF NEW BEDFORD | None |

**Exhibit D-2**
**Page 1238**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 245 | SUMMIT EQUIPMENT & SUPPLIES INCORPORATION | OH | CITY OF CLEVELAND | None |
| 246 | SUTTON ENTERPRISES INC. | VA | None | None |
| 247 | TELEDYNE WAH CHANG | OR | MILLERSBURG, CITY OF | None |
| 248 | TEN-MILE DRAIN | MI | None | None |
| 249 | TENNESSEE PRODUCTS | TN | None | None |
| 250 | THERMO-CHEM, INC. | MI | None Reported | None |
| 251 | TRI-COUNTY LANDFILL CO./WASTE MANAGEMENT OF ILLINOIS, INC. | IL | CITY OF WEST CHICAGO | None |
| 252 | TURNPIKE DUMP #5 | NJ | CITY OF JERSEY CITY | None |
| 253 | TRAVIS AIR FORCE BASE | CA | None Reported | None |
| 254 | TWIN CITIES IRON & METAL CO INC | VA | None | None |
| 255 | UNION SCRAP IRON & METAL CO. | MN | CITY OF MINNEAPOLIS; RAMSEY COUNTY; HENNEPIN COUNTY | None |
| 256 | UNIVERSAL IRONS & METAL | NY | None | None |
| 257 | UNIVERSAL OIL PRODUCTS (CHEMICAL DIVISION) | NJ | None | None |
| 258 | UNIVERSITY OF MINNESOTA (ROSEMOUNT RESEARCH CENTER) | MN | None Reported | None |
| 259 | US NAVY AVIONICS CENTER | IN | None Reported | None |
| 260 | US SCRAP | IL | None | None |
| 261 | USN PHILA NAVAL SHIPYARD | PA | None | None |
| 262 | VINELAND CHEMICAL CO., INC. | NJ | CITY OF VINELAND | None |
| 263 | WADE (ABM) | PA | None | None |
| 264 | WAITE PARK WELLS | MN | None Reported | None |
| 265 | WARD TRANSFORMER | NC | CITY OF BEDFORD; CITY OF GRAND HAVEN; CITY OF RADFORD; CITY OF DOVER; TOWN OF BEDFORD | None |
| 266 | WASTE DISPOSAL, INC. | CA | None | None |
| 267 | WASTE, INC., LANDFILL | IN | CITY OF MICHIGAN CITY | None |
| 268 | WASTELAND LANDFILL | IL | None | None |
| 269 | WAUNAKEE ALLOY | WI | None | None |
| 270 | WAYNE WASTE OIL | IN | CITY OF COLUMBIA, IL; CITY OF ELKHART, IN; CITY OF FORT WAYNE, IN; CITY OF LOGANSPORT, IN; CITY OF PORTAGE, IN; CITY OF SOUTH BEND (EQUIPMENT SERVICE); ALLEN COUNTY, IN; DEKALB COUNTY, IL, ELKHART COUNTY, IN | None |
| 271 | WEDZEB ENTERPRISES, INC. | IN | None | None |
| 272 | WELDON SPRING FORMER ARMY ORDNANCE WORKS | MO | None | None |
| 273 | WELDON SPRING QUARRY/PLANT/PITS (USDOE/ARMY) | MO | None | None |
| 274 | WEST PULLMAN PCB SPILL SITE | IL | None Reported | None |

**Exhibit D-2**
**Page 1239**

**Exhibit A - PCB Superfund Sites (283 List)**

| # | Superfund Site Name | State | Class Member Responsible Parties | Class Member Stormwater Contribution |
|---|---|---|---|---|
| 275 | WESTERN PROCESSING CO., INC. | WA | METRO SEATTLE; BELLEVUE SCHOOL DISTRICT; MUNICIPALITY OF METROPOLITAN SEATTLE; KENT FIRE DEPARTMENT; KENT SCHOOL DISTRICT; KING COUNTY FIRE PROTECTION DIST. 39 | None |
| 276 | WESTINGHOUSE ELECTRIC CORP. (SUNNYVALE PLANT) | CA | None | None |
| 277 | WESTINGHOUSE ELECTRIC CORPORATION | IN | None | None |
| 278 | WILDCAT LANDFILL | DE | CITY OF DOVER | None |
| 279 | WILLOW GROVE NAVAL AIR AND AIR RESERVE STATION | PA | None Reported | None |
| 280 | WOODBROOK ROAD DUMP | NJ | None | None |
| 281 | WOODSTOCK MUNICIPAL LANDFILL | IL | CITY OF WOODSTOCK | None |
| 282 | WRIGHT-PATTERSON AIR FORCE BASE | OH | None Reported | None |
| 283 | YEOMAN CREEK LANDFILL | IL | CITY OF WAUKEGAN | None |

**Exhibit D-2**
**Page 1240**

# EXHIBIT B

**Exhibit B - Sediment/Superfund Combined Inventory**

| # | Sediment Site Name | Area Name | Site Type | Class Member Stormwater Contribution | Class Members with Notices |
|---|---|---|---|---|---|
| 1 | Allied Paper/Portage Creek/Kalamazoo River (Allegan and Kalamazoo Counties, MI) | OU5: Portage Creek and Kalamazoo River sediments. OU5 was subdivided into Areas 1-7. | T2 | None | CITY OF KALAMAZOO |
| 2 | Diamond Alkali - Lower Passaic River (Newark, NJ) | OU2: Lower Passaic River - Lower 8.3 Miles | T2 | MS4/CSO | CITY OF NEWARK |
| | Diamond Alkali - Lower Passaic River (Newark, NJ) | OU4: EXTENDED PASSAIC RIVER STUDY | T2 | No Record | CITY OF NEWARK |
| | Diamond Alkali - Lower Passaic River (Newark, NJ) | OU3: NEWARK BAY | T2 | No Record | CITY OF NEWARK |
| 3 | Newtown Creek (New York, NY) | OU1: Entire Site | T2 | MS4/CSO | NEW YORK CITY |
| | Newtown Creek (New York, NY) | OU2: CSO Discharges | T2 | MS4/CSO | NEW YORK CITY |
| | Newtown Creek (New York, NY) | OU3: Lower 2 Miles | T2 | MS4/CSO | NEW YORK CITY |
| 4 | MONTROSE CHEMICAL CORP./ Palos Verdes Shelf  (Los Angeles, CA) | Palos Verde Shelf | T1/T2 | None | CITY OF LOS ANGELES |
| 5 | Gowanus Canal (New York, NY) | Entire Site, CSO Discharges | T1/T2 | MS4/CSO | NEW YORK CITY |
| 6 | Lower Duwamish Waterway (Seattle, WA) | Remedial OU | T2 | MS4/CSO | CITY OF SEATTLE, KING COUNTY, PORT OF SEATTLE, CITY OF TUKWILA |
| 7 | Portland Harbor (Portland, OR) | In-Water OU | T2 | MS4/CSO | CITY OF PORTLAND, PORT OF PORTLAND |
| 8 | Ventron Velsicol - Berry's Creek Study Area (Bergen County, NJ) | Berry's Creek Study Area | T2 | None | THE PORT AUTHORITY OF NY & NJ |
| 9 | NEW BEDFORD (New Bedford Harbor, MA) | Harbor Hot Spots, Acushnet River North of Wood Street, Upper and Lower Harbor | T1 | None | CITY OF NEW BEDFORD |
| 10 | SULLIVAN'S LEDGE (New Bedford Harbor, MA) | OU2: Middle Marsh Operable Unit | T1 | None | CITY OF NEW BEDFORD |
| 11 | HUDSON RIVER PCBS (New York) | Upper Hudson River (Sections 1-3) | T1 | None | None |
| 12 | ONONDAGA LAKE (Syracuse, NY) | Onondaga Lake Bottoms Subsite; LCP Bridge St Site - West Flume and Wetland A/B; Geddes Brook / NineMile Creek Reaches | T1 | None | ONONDAGA COUNTY; CITY OF SYRACUSE |
| 13 | YORK OIL CO. (Franklin County, NY) | OU1: Site Proper; OU2: Contamination Pathways (Western and Northwestern Wetlands) | T1 | None | CITY OF SYRACUSE, ONONDAGA COUNTY |
| 14 | WARD TRANSFORMER (Raleigh, NC) | OU1: Downstream; OU2: Site Soils and Groundwater | T1 | None | CITY OF RADFORD, NC; CITY OF DOVER, DE |
| 15 | FOX RIVER NRDA/PCB RELEASES (Green Bay, WI) | OU1: Little Lake Butte des Morts, OU2: Appleton to Little Rapids, OU3: Little Rapids to De Pere, OU4: De Pere to Green Bay, OU5: Green Bay | T1 | None | CITY OF GREEN BAY, WI; CITY OF DE PERE; CITY OF APPLETON; BROWN COUNTY |
| 16 | OUTBOARD MARINE CORP. (Waukegan, IL) | Waukegan Harbor (OU1), Waukegan Coke Plant (OU2), PCB Containment Cells (OU3), OMC PLANT 2 (OU4) | T1 | None | CITY OF WAUKEGAN |
| 17 | COMMENCEMENT BAY, NEAR SHORE/TIDE FLATS (Tacoma, WA) | Hylebos Waterway | T1 | MS4 | CITY OF TACOMA; PORT OF TACOMA |
| | COMMENCEMENT BAY, NEAR SHORE/TIDE FLATS (Tacoma, WA) | Thea Foss and Wheeler-Osgood Waterways | T1 | MS4 | CITY OF TACOMA; PORT OF TACOMA |
| 18 | HARBOR ISLAND (LEAD) (Seattle, WA) | East Waterway Sediments | T1 | MS4/CSO | CITY OF SEATTLE; PORT OF SEATTLE |
| 19 | PACIFIC SOUND RESOURCES (Seattle, WA) | Marine Sediments OU | T1 | MS4 | PORT OF SEATTLE |
| 20 | YEOMAN CREEK LANDFILL (Waukegan, IL) | Entire Site | SF | None | CITY OF WAUKEGAN |
| 21 | TEN-MILE DRAIN (St. Clair Shores, MI) | Harper Ave/Bon Brae Street to Lake St. Clair | SF | None | None |
| 22 | ST. CLAIR SHORES PCB DRAIN #2 (St. Clair Shores, MI) | Ten-Mile Drain, intersection of Harper Avenue & Bon Brea Street | SF | None | None |
| 23 | CORNELL DUBILIER ELECTRONICS INC (South Plainfield, NJ) | Bound Brook | T1 (2020) | None | None |
| 24 | DIXIE CAVERNS COUNTY LANDFILL (Roanoke County, VA) | Streams B and E (NTCRA) | T1 (2020) | None | COUNTY OF ROANOKE; CECIL COUNTY, MD |
| 25 | FORD MOTOR CO (Monroe County, MI) | River Raisin | T1 (2020) | None | None |
| 26 | LCP Chemicals OU1 (Linden, NJ) | LCP Chemicals Marsh | T1 (2020) | None | None |
| 27 | MANISTIQUE RIVER/HARBOR AREA OF CONCERN (Manistique, MI) | River/Harbor AOC and TCRA | T1 (2020) | None | None |
| 28 | San Jacinto River Waste Pits | San Jacinto River Waste Pits TCRA | T1 (2020) | None | None |
| 29 | TERRY CREEK DREDGE SPOILS AREAS/HERCULES OUTFALLS | Terry Creek NTCRA | T1 (2020) | None | None |

**Exhibit D-2**
**Page 1242**