# Exhibit F

**Sediment Sites Fund- Allocation Application**

Class Member: _____

Class Member Contact Information:

Contact Person: _____ Phone Number: _____

Email Address: _____

Qualifying Sediment Site Entity (must be one of 12 Qualifying Sediment Site Entities; only one qualifying Sediment Site per Application): _____

Please provide an initial summary description of the Class Member's role, involvement, or responsibility in the qualifying Sediment Site, focusing on the regulatory or legal responsibility, and the costs or expenses related to and caused by PCB contamination, specific to the Class Member. The Class Member may continue this summary by attaching no more than two (2) pages typed, 14-point font, entitled "Sediment Sites Fund—Initial Summary Description."

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please provide known total amounts in dollars for the following categories of damages (undocumented totals will be considered speculative or inapplicable):

Total past costs/expenses spent for PCB-caused remediation of the Sediment Site:

$_____

Total past costs/expenses spent for PCB-caused mitigation required due to the Sediment Site:

$_____

Total future costs/expenses, as documented and evidenced, for PCB-caused remediation of the Sediment Site:

$_____

Total future costs/expenses, as documented and evidenced, for PCB-caused mitigation due to the Sediment Site:

$_____

Please provide a summary description of any other important factors or information that may be relevant to the Special Master's allocation, focusing on the regulatory or legal responsibility, and the costs or expenses related to and caused by PCB contamination, specific to the Class Member. The Class Member may continue this summary by attaching no more than two (2) pages typed, 14-point font entitled "Sediment Sites Fund—Other Important Factors and Information."

_____
_____
_____
_____
_____
_____
_____

Please provide a summary description of other relevant named Responsible Parties, and what impact, if any, those other relevant named Responsible Parties will have on the information provided above, including cost-sharing or cost reduction for the Class Member. Please continue this summary by attaching no more than two (2) page typed, 14-point font entitled "Sediment Sites Fund—Other Responsible Parties."

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please provide a total Sediment Site Fund award requested by the Class Member:

$_____

Please attach <u>no more than</u> 25 pages of supporting documentation and evidence of your summary description, past and future costs and expenses, and other important factors and information that may be relevant to the Special Master's allocation. Only the first 25 pages submitted will be considered by the Special Master.

I hereby declare under penalty of perjury under the laws of the state of _____ that the information within this application and its attachments are true and correct to the best of my knowledge. Executed this ___ day of _____ at _____(County), _____ (State).

Signed: _____

(Must be signed by the Contact Person named above)

**<u>Application Instructions and Information:</u>**

Please fill out this Sediment Sites Allocation Application to the best of your knowledge and the knowledge of the qualifying Class Member. Please return your completed application to [INSERT EMAIL] no later than [INSERT DATE]. Late applications will not be considered by the Special Master. Qualifying Class Members that do not return a completed application or that return a late application will receive an allocation by the Special Master based on the good faith, best efforts of the Allocation Experts to complete an application for the qualifying class member. Qualifying Class Members that do not return a completed application or that return a late application will forfeit the right to the one (1) appeal to the Special Master but will not forfeit the receipt of Reserve Funds distributed pro-rata after all Appeals are exhausted and decided by the Special Master.

For any questions about this application or process, you may contact Lead Class Counsel Scott Summy, John Fiske, or Carla Burke of Baron & Budd, P.C., at PCBClassAction@BaronBudd.com; the Special Master at [INSERT EMAIL]; or the Allocation Experts at [INSERT EMAIL].