# Exhibit G

## Part A- Litigating Entities- Special Needs Fund- Allocation Application

Litigating Entity: _____

Litigating Entity Contact Information:

Contact Person: _____ Phone Number: _____

Email Address: _____

Did the Litigating Entity file a lawsuit?  If yes, what date?
_____

Did the Litigating Entity obtain a successful order on a motion to dismiss?

_____

Did the Litigating Entity serve a Rule 26(f) Initial Disclosure on Defendants?

_____

Did the Litigating Entity participate in other discovery such as written discovery, document production, and public records act requests? If yes, please describe the extent of such discovery including number of interrogatories propounded and responded to, the number of documents produced, and the number of documents provided pursuant to a public records act request.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Did the Litigating Entity participate in other discovery such as site visits, depositions of public entity personnel, depositions of retained expert witnesses, preparation of expert witness reports, exchange of expert witness reports, or other discovery efforts such as discovery motions? If yes, please describe the extent of such discovery including number of site visits, depositions, reports, or other efforts such as discovery motions.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Did the Litigating Entity participate in a motion for summary judgment, motion in limine, *Daubert* motion, or other significant pre-trial motion? If yes, please describe the extent of such motion practice.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Is the Litigating Entity a Named Class Action Representative? If yes, was the Litigating Entity involved in the negotiation of the Class Action Settlement?

_____
_____
_____

Did the Litigating Entity oppose and/or litigate a counterclaim or cross-claim filed against it by Defendants?

_____
_____
_____
_____

Please describe the Litigating Entities' in-house efforts and costs, including but not limited to the number of lawyers actively involved in the litigation, the number of non-lawyer public entity personnel actively involved in the litigation, costs absorbed by the public entity (rather than initially advanced by outside counsel), if any, and any other information regarding in-house efforts and costs.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please provide a total Part A award requested by the Litigating Entity:

$_____

Please attach no more than 25 pages of supporting documentation and evidence that may be relevant to the Special Master's allocation. Only the first 25 pages submitted will be considered by the Special Master.

I hereby declare under penalty of perjury under the laws of the state of _____ that the information within this application and its attachments are true and correct to the best of my knowledge. Executed this ____ day of _____ at _____(County), _____ (State).

Signed: _____

(Must be signed by the Contact Person named above)

**Exhibit G**
**Page 1258**

**<u>Application Instructions and Information:</u>**

Please fill out this Litigating Entities Part A Special Needs Fund Allocation Application to the best of your knowledge and the knowledge of the Litigating Entity. Please return your completed application to [INSERT EMAIL] no later than [INSERT DATE]. Late applications will not be considered by the Special Master. Litigating Entities that do not timely return a completed application forfeit any right to Part A funds.

For any questions about this application or process, you may contact Lead Class Counsel Scott Summy, John Fiske, or Carla Burke of Baron & Budd, P.C., at PCBClassAction@BaronBudd.com; the Special Master at [INSERT EMAIL]; or the Allocation Experts at [INSERT EMAIL].