# Exhibit H

## Part B- Significant Benefit or Cost- Special Needs Fund- Allocation Application

Class Member: _____

Class Member Contact Information:

Contact Person: _____ Phone Number: _____

Email Address: _____

Please describe the Class Member's actions or work resulting in a significant regional, state, or national benefit regarding PCB contamination related to stormwater. The Class Member may continue this summary by attaching no more than two (2) pages typed, 14-point font, entitled "Part B- Significant Benefit."

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please describe the Class Member's additional cost or expense, which is not covered by the Monitoring Fund, TMDL Fund, Sediment Fund, or Special Needs Part A Fund, resulting from PCB contamination related to stormwater. The Class Member may continue this summary by attaching no more than two (2) pages typed, 14-point font, entitled "Part B- Significant Cost."

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Please provide a total Special Needs Part B award requested by the Class Member:

$_____

Please attach <u>no more than</u> twenty-five (25) pages of supporting documentation and evidence that may be relevant to the Special Master's allocation. Only the first 25 pages submitted will be considered by the Special Master.

I hereby declare under penalty of perjury under the laws of the state of _____ that the information within this application and its attachments are true and correct to the best of my knowledge. Executed this ____ day of _____ at _____(County), _____ (State).

Signed: _____

            (Must be signed by the Contact Person named above)

**<u>Application Instructions and Information:</u>**

Please fill out this Litigating Entities Part B Special Needs Fund Allocation Application to the best of your knowledge and the knowledge of the Class Member. Please return your completed application to [INSERT EMAIL] no later than [INSERT DATE]. Late applications will not be considered by the Special Master. Class Members that do not timely return a completed application forfeit any right to Part B funds.

For any questions about this application or process, you may contact Lead Class Counsel Scott Summy, John Fiske, or Carla Burke of Baron & Budd, P.C., at PCBClassAction@BaronBudd.com; the Special Master at [INSERT EMAIL]; or the Allocation Experts at [INSERT EMAIL].