# Exhibit L

**Exhibit L**
**Page 1341**

# DECLARATION OF ROB HESSE – PCB CLASS

1. My name is Rob Hesse, and I submit this declaration as supplemental to my previous declaration, attached as Exhibit D-2.

2. I was involved as a technical advisor during the creation of the structure of the allocation funds within the proposed class resolution. I was involved in a technical advisory role regarding primarily the Sediment Sites and the Sediment Sites Fund. I also advised regarding class identification, the Monitoring Fund, and the TMDL Fund.

3. As part of my involvement and technical advisement, I thoroughly researched the publicly available information regarding all nine Sediment Sites, including information that was publicly available regarding and PCB related liability and costs related to storm water and other sources for each of the 12 qualifying class members as a Potentially Responsible Party (PRP) at each site.

4. Sediment remediation costs for qualifying class members at each site appear to range from the hundreds of thousands to many millions or tens of millions, depending upon the site and the class member. However, information regarding the exact allocation of class members' liability and costs associated with PCBs and storm water only either is not publicly available and/or is yet to be determined because it is part of an ongoing allocation process. Based on my understanding of the regulatory processes, I believe each class member will have more information and/or additional detail to provide the Special Master, who will allocate among all eligible applicants regarding the liability and costs related to PCBs and storm water only at a particular site.

5. In either the Superfund or the Category 4(b) context, it is customary for named Potentially Responsible Parties (PRPs) to engage in an allocation process to determine which PRPs will be responsible for which costs associated with an overall clean up program as prescribed by a regulator, such as the EPA.

1

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

Exhibit L
Page 1342

6. I researched and found that among the nine Sediment Sites, anywhere from two to 345 PRPs were named by the U.S. EPA/regulator. I also found that range was reduced to anywhere from one to 55 PRPs after each sediment site allocation process resulted in a further refined list of those entities that would or could be responsible to contribute funds to a cleanup site.

7. Regulators name Settlement Class Members as PRPs for reasons in addition to PCB contribution through stormwater. Thus, a Class Member's inclusion as a PRP does not necessarily mean that its liability includes only PCB contribution through storm water. Moreover, due to multiple PRPs named at a site where PCBs are contributed through storm water, a Settlement Class Member's inclusion because of PCBs and storm water does not mean it is the sole PRP for PCBs and storm water.

8. I also researched and found that multiple primary contaminants of concern are listed at each site. Collectively among the nine Sediment Sites, I found the following primary contaminants of concern: PCBs, PAHs (Polycyclic Aromatic Hydrocarbons), Dioxins/Furans, Pesticides, Mercury, Lead, Other Metals, Copper, VOCs (Volatile Organic Compounds), Arsenic, Hexachlorobenzene, Zinc, Cadmium, and TBT (Tributyltin). While PCBs may be one of several primary contaminants of concern, other primary contaminants of concern also drive health risks and remediation costs.

9. I also found information that I consider to be helpful to the analysis of the appropriateness and scale of the $150 million fund: (1) up to two qualifying Settlement Class Members may have incurred approximately $500,000 in costs, and I cannot find evidence in the public domain that either will incur significantly more money due to the Superfund Site process; (2) at least one qualifying Class Member appears to have incurred approximately $5 million, another Class Member appears to have incurred approximately $15 million, and another qualifying Class Member appears to have incurred somewhere between approximately $10 million and $15 million; (3) yet, it appears several qualifying Class Members could ultimately spend several tens of millions or more at their respective Sites—again, not necessarily all for PCBs and storm

2

CASE NO.: 2:16-cv-03493-FMO-AS
DECLARATION OF ROB HESSE

Exhibit L
Page 1343

water; (4) the potential costs to the 12 qualifying Class Members range from hundreds of thousands to many millions of dollars, but such publicly available information does not allocate for PCBs and storm water only, and such information is best provided by the qualifying Class Members as part of the Special Master allocation process; (5) upon review of the publicly available information, including past costs spent and my understanding of the potential future liability, the total aggregate cost to the twelve qualifying class members for all Superfund liabilities could reasonably range from approximately $440 million to $700 million or more. However, this total liability does not account for other contaminants nor does it account for contributions through sources other than storm water.

10. Without commenting on the legal aspects of the lawsuits but based on the number of PRPs at each site, the number of primary contaminants of concern at each site, and the complexities of each of the nine Sediment Sites, I agree that $150 million, of the total $550 million class benefit, is an appropriate amount of money to allocate to the 12 qualifying class members for further allocation by a Special Master after review of additional information.

11. I also agree it is an appropriate process from a technical/informational standpoint for each of the 12 qualifying Class Members to submit to a Special Master further information and detail regarding their allocation of liability and costs related to PCBs and storm water only.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July 2020, at SANTA MONICA, California.

*/s/ Rob Hesse*

Rob Hesse