Marissa C. Krumm, Esq. (CA S #323301)
McDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation; et al.<br><br>Plaintiff(s)<br>v.<br><br>MONSANTO COMPANY; ET AL.<br><br>Defendant(s) | CASE NUMBER<br><br>2:16-cv-03493-FMO-AS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [215]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Anstoetter, Mark D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

816-474-6550  *Telephone Number*   816-421-5547  *Fax Number*

manstoetter@shb.com
*E-Mail Address*

of

Shook, Hardy & Baxon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Monsanto Company
Solutia, Inc.
Pharmacia Corporation

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Krumm, Marissa C.
*Designee's Name (Last Name, First Name & Middle Initial)*

323301  *Designee's Cal. Bar No.*   949-757-6016  *Telephone Number*   949-851-9348  *Fax Number*

mkrumm@mwe.com
*E-Mail Address*

of

McDermott Will & Emery LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
  ☐ for failure to pay the required fee.
  ☒ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** August 13, 2020

/s/
**Fernando M. Olguin, U.S. District Judgee**