# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3493 FMO (ASx) | Date | **October 13, 2020** |
|---|---|---|---|
| Title | **City of Long Beach v. Monsanto Company, et al.** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):          Attorney Present for Defendant(s):

None Present                          None Present

**Proceedings:**          **(In Chambers) Order Re: Hearing**

On the court's own motion, IT IS ORDERED THAT:

1.  The hearing on the motion for class certification and preliminary approval of settlement (Dkt. 213) is continued from October 22, 2020, to **November 5, 2020, at 11:30 a.m.**  The hearing will be held telephonically.

2.  The number for the telephonic hearing is: (877) 873-8018.  The Access Code for the call is: 4136284.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |