# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3493 FMO (ASx) | Date | February 10, 2021 |
|---|---|---|---|
| Title | City of Long Beach v. Monsanto Company, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Hearing

The hearing on the motion for class certification and preliminary approval of settlement (Dkt. 256) on February 11, 2021, at 10:00 a.m., will be held telephonically. The number for the telephonic hearing is: (877) 873-8018. The Access Code for the call is: 4136284.

|  | 00 : 00 |
|---|---|
| | Initials of Preparer      vdr |