## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3493 FMO (ASx) | Date | February 18, 2021 |
|---|---|---|---|
| Title | City of Long Beach v. Monsanto Company, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present Telephonically for Plaintiff(s): | Attorneys Present Telephonically for Defendant(s): |
|---|---|
| John P. Fiske<br>P. Scott Summy<br>Mark Ankcorn | Mark D. Anstoetter<br>Brent Dwerlkotte |

**Proceedings:**     **Motion for Preliminary Approval of Class Action Settlement [256]**

    For the reasons stated on the record, the pending motion **(Document No. 256)** is **denied without prejudice**.

    Plaintiffs shall file a renewed motion no later than **March 19, 2021**.

 

|  | 1 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | | vdr |