**BARON & BUDD, P.C.**
Scott Summy (*Pro Hac Vice,* TX Bar No. 19507500)
SSummy@baronbudd.com
Carla Burke Pickrel (*Pro Hac Vice,* TX Bar No. 24012490)
cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
Dallas, Texas 75219
Telephone: (214) 521-3605

**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Fiske@baronbudd.com
11440 W. Bernardo Court, Suite 265
San Diego, California 92127
Telephone: (858) 251-7424

*Proposed Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation; COUNTY OF LOS ANGELES, a political subdivision; CITY OF CHULA VISTA, a municipal corporation; CITY OF SAN DIEGO, a municipal corporation; CITY OF SAN JOSE, a municipal corporation; CITY OF OAKLAND, a municipal corporation; CITY OF BERKELEY, a municipal corporation; CITY OF SPOKANE, a municipal corporation; CITY OF TACOMA, a municipal corporation; CITY OF PORTLAND, a municipal corporation; PORT OF PORTLAND, a port district of the State of Oregon; BALTIMORE COUNTY, a political subdivision; MAYOR AND CITY COUNCIL OF BALTIMORE; all individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC.; and PHARMACIA LLC; and DOES 1 through 100,<br>                    Defendants. | CASE NO.: 2:16-cv-03493-FMO-AS<br><br>**NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF NOTICE PLAN, APPOINTMENT OF CLASS ACTION SETTLEMENT ADMINISTRATOR, AND APPOINTMENT OF CLASS COUNSEL**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities]*<br><br>Time of Hearing: 10:00 a.m.<br>Date of Hearing: July 22, 2021<br>Courtroom: 6D<br>Honorable Fernando M. Olguin |

1

1    PLEASE TAKE NOTICE that on July 22, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in Courtroom 6D of the United States Courthouse, 350 West First Street Los Angeles, CA 90012, Plaintiffs City of Long Beach, County of Los Angeles, City of Chula Vista, City of San Diego, City of San Jose, City of Oakland, City of Berkeley, City of Spokane, City of Tacoma, City of Portland, Port of Portland, Baltimore County, Mayor and City Council of Baltimore; all individually and on behalf of all others similarly situated, will and hereby do move the Court for an order for Certification of Settlement Class, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, and Appointment of Class Counsel. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 10, 2021.

This motion is based on this Notice and the supporting Memorandum of Points and Authorities, including attached declarations.

Date: June 17, 2021

Respectfully submitted,

/s/ John Fiske
**BARON & BUDD, P.C.**
11440 W. Bernardo Court, Suite 265
San Diego, California 92127
Telephone: (858) 251-7424

**BARON & BUDD, P.C.**
Scott Summy (admitted *Pro Hac Vice*, Texas Bar No. 19507500)
SSummy@baronbudd.com
Carla Burke Pickrel (admitted *Pro Hac Vice*, Texas Bar No. 24012490)
cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
Dallas, Texas 75219
Telephone: (214) 521-3605

***Attorneys for Plaintiffs and the Class***