**BARON & BUDD, P.C.**
Scott Summy (admitted *Pro Hac Vice,* Texas Bar No. 19507500)
SSummy@baronbudd.com
Carla Burke Pickrel (admitted *Pro Hac Vice,* Texas Bar No. 24012490)
cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
Dallas, Texas 75219
Telephone: (214) 521-3605

**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Fiske@baronbudd.com
11440 W. Bernardo Court, Suite 265
San Diego, California 92127
Telephone: (858) 251-3605

*Proposed Lead Class Counsel*

Mark Anstoetter (pro hac vice)
Brent Dwerlkotte (pro hac vice)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
manstoetter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation; COUNTY OF LOS ANGELES, a political subdivision; CITY OF CHULA VISTA, a municipal corporation; CITY OF SAN DIEGO, a municipal corporation; CITY OF SAN JOSE, a municipal corporation; CITY OF OAKLAND, a municipal corporation; CITY OF BERKELEY, a municipal corporation; CITY OF SPOKANE, a | CASE NO.: 2:16-cv-03493-FMO-AS<br><br>**RESPONSE TO SAN DIEGO UNIFIED PORT DISTRICT'S JUNE 24, 2021 RESPONSE** |

| | |
|---|---|
| municipal corporation; CITY OF TACOMA, a municipal corporation; CITY OF PORTLAND, a municipal corporation; PORT OF PORTLAND, a port district of the State of Oregon; BALTIMORE COUNTY, a political subdivision; MAYOR AND CITY COUNCIL OF BALTIMORE; all individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC., and PHARMACIA LLC, and DOES 1 through 100,<br>      Defendants. | Time: 10:00 a.m.<br>Date: July 22, 2021<br>Courtroom: 6D<br>Honorable Fernando M. Olguin |

  Plaintiffs and Defendant (together Monsanto Company, Solutia Inc., and Pharmacia LLC) (collectively, "the Parties") submit this joint response to the San Diego Port District's ("Port District") Response to Plaintiffs' Renewed Motion for Certification of Settlement Class, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, and Appointment of Class Counsel ("Renewed Motion").

  On June 17, 2021, Plaintiffs filed their Renewed Motion. ECF 278. On July 2, 2021, the Port District filed a response to the Renewed Motion, in which the Port District appears to request permission to exceed the 25-page limit for applications to the Special Needs Fund, Part A under the Parties' Settlement Agreement. ECF 279.

  The Parties do not object to the Port District's request to submit additional pages in support of a Special Needs Fund, Part A application but do not believe a request for additional pages is material or would necessitate a revision to the Settlement Agreement. The Port District is free to request additional pages from the Special Master appointed by the Court when the Port District submits its application.

The Port District's other concern—"how its outside counsel's fees will be treated under the Settlement Agreement"—is likewise not relevant to preliminary approval and does not require a revision to the Settlement Agreement. As the Port District agrees, the Settlement Agreement allows Litigating Entities not represented by Class Counsel, such as the Port District, to submit an application for outside counsel fees that have accrued, as well as third-party expenses paid for by outside counsel. Br. at 3. In the event the Court believes there is a need to further clarify this provision for the Port District, it can be addressed at the Final Approval stage.

Because the issues raised by the Port District relate to procedures for submittals to the Special Master and do not affect preliminary approval, the Parties respectfully request that the Court proceed as outlined in Plaintiffs' Renewed Memorandum in Support of Certification of Settlement Class, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, and Appointment of Class Counsel.

JUNE 30, 2021

Respectfully submitted,

 /s/ John Fiske
**BARON & BUDD, P.C.**
11440 W. Bernardo Court, Suite 265
San Diego, California 92127
Telephone: (858) 251-3605

**BARON & BUDD, P.C.**
Scott Summy (admitted *Pro Hac Vice,* Texas Bar No. 19507500)
SSummy@baronbudd.com
Carla Burke Pickrel (admitted *Pro Hac Vice,* Texas Bar No. 24012490)
cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
Dallas, Texas 75219
Telephone: (214) 521-3605

*Attorneys for Plaintiffs and the Class*

      /s/ Mark Anstoetter

Mark Anstoetter
Brent Dwerlkotte
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
manstoetter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*