**BARON & BUDD, P.C.**
Scott Summy (*Pro Hac Vice,* TX Bar No. 19507500)
SSummy@baronbudd.com
Carla Burke Pickrel (*Pro Hac Vice,* TX Bar No. 24012490)
cburkepickrel@baronbudd.com
3102 Oak Lawn Ave, #1100
Dallas, Texas 75219
Telephone: (214) 521-3605

**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Fiske@baronbudd.com
11440 W. Bernardo Court, Suite 265
San Diego, California 92127
Telephone: (858) 251-7424

*Proposed Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF LONG BEACH, a municipal corporation; COUNTY OF LOS ANGELES, a political subdivision; CITY OF CHULA VISTA, a municipal corporation; CITY OF SAN DIEGO, a municipal corporation; CITY OF SAN JOSE, a municipal corporation; CITY OF OAKLAND, a municipal corporation; CITY OF BERKELEY, a municipal corporation; CITY OF SPOKANE, a municipal corporation; CITY OF TACOMA, a municipal corporation; CITY OF PORTLAND, a municipal corporation; PORT OF PORTLAND, a port district of the State of Oregon; BALTIMORE COUNTY, a political subdivision; MAYOR AND CITY COUNCIL OF BALTIMORE; all individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC.; and PHARMACIA LLC; and DOES 1 through 100,<br>                              Defendants. | CASE NO.: 2:16-cv-03493-FMO-AS<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Honorable Fernando M. Olguin |

Pursuant to the Court's March 14, 2022 Order preliminarily approving the Parties' national class action settlement, on April 4, 2022, the Parties jointly submitted a proposed schedule of deadlines for purposes of final approval of the settlement, which included a proposed date of April 18, 2022 for the mailing of class notice to settlement class members. Additionally, the district courts presiding over the individual cases that are the subject of the national class action settlement, including the Central District of California, which are stayed pending resolution of the settlement, continue to request status reports from the Parties regarding the final approval timeline. The Parties therefore seek confirmation from the Court on the proposed schedule and notice plan and accordingly request a case management conference under Federal Rule of Civil Procedure 16 to address same.

For the above reasons, the Parties respectfully request that the Court schedule a Case Management Conference at its earliest convenience.

Dated May 6, 2022                   Respectfully submitted,


                                     /s/ John Fiske

                                    **BARON & BUDD, P.C.**
                                    11440 W. Bernardo Court, Suite 265
                                    San Diego, California 92127
                                    Telephone: (858) 251-7424

                                    **BARON & BUDD, P.C.**
                                    Scott Summy (admitted *Pro Hac Vice*, Texas Bar No. 19507500)
                                    SSummy@baronbudd.com
                                    Carla Burke Pickrel (admitted *Pro Hac Vice*, Texas Bar No. 24012490)
                                    cburkepickrel@baronbudd.com
                                    3102 Oak Lawn Ave, #1100
                                    Dallas, Texas 75219
                                    Telephone: (214) 521-3605

                                    ***Attorneys for Plaintiffs and the Class***

Mark D. Anstoetter (admitted *Pro Hac Vice*, Missouri Bar No. 47638)
Brent Dwerlkotte (admitted *Pro Hac Vice*, Missouri Bar No. 62864)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
816-474-6550
manstoetter@shb.com
dbdwerlkotte@shb.com

***Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC***