UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3493 FMO (ASx) | Date | May 9, 2022 |
|---|---|---|---|
| Title | City of Long Beach v. Monsanto Company, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

Having reviewed the parties' Proposed Schedule For Final Approval of Settlement (Dkt. 294), and the record in this action, IT IS ORDERED THAT:

1.  Steven Weisbrot, the settlement administrator, shall complete dissemination of class notice, in accordance with the Settlement Agreement, no later than **May 24, 2022**.

2.  Plaintiffs shall file a motion attorney's fees and costs no later than **June 24, 2022,** and notice it for hearing for the date of the final approval hearing set forth below.

3.  Any class member who wishes to: (a) object to the settlement, including the requested attorney's fees, and costs; or (b) exclude itself from the settlement must file its objection to the settlement, or request for exclusion no later than **July 25, 2022**, in accordance with the Notice.

4.  No later than **August 8, 2022**, the settlement administrator shall file any objections and a list of opt outs.

5   Plaintiffs shall, no later than **September 1, 2022,** file and serve a motion for final approval of the settlement and a response to any objections to the settlement.  The motion shall be noticed for hearing for the date of the final approval hearing set forth below.

6.  Defendant may file and serve a memorandum in support of final approval of the Settlement Agreement and/or in response to objections no later than **September 8, 2022**.

7   Any class member who wishes to appear at the final approval (fairness) hearing, either on its own behalf or through an attorney, to object to the settlement, including the requested attorney's fees, and costs, shall, no later than **September 15, 2022**, file with the court a Notice of Intent to Appear at Fairness Hearing.

8   A final approval (fairness) hearing is hereby set for **October 13, 2022,** at **10:00 a.m.** in Courtroom 6D of the First Street Courthouse, to consider the fairness, reasonableness, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3493 FMO (ASx) | Date | May 9, 2022 |
|---|---|---|---|
| Title | City of Long Beach v. Monsanto Company, et al. | | |

adequacy of the Settlement as well as the award of attorney's fees and costs to class counsel, and incentive awards to the class representatives.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | gga | |