1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12

| | |
|---|---|
| CITY OF LONG BEACH, et al., individually and on behalf of all others similarly situated, | Case No. CV 16-3493 FMO (ASx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MONSANTO COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Class counsel shall be paid $91,673,043.52 in attorney's fees, and $6,326,956.48 in costs in accordance with the terms of the Settlement Agreement and this Order.

2. The Settlement Administrator, Angeion Group, LLC, shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order.

3. The Special Master shall be paid his fees and expenses in accordance with the terms of the Settlement Agreement and the Order

4. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

     5.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 19th day of November, 2022.


                            /s/
                     Fernando M. Olguin
                 United States District Judge